**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN**

David R. Hawkinson

**Plaintiff**

Case No. 23-cv-634

Department of Corrections, Bureau of Health Services,
The State of Wisconsin, United States of America,
Virginia H. Trzbiatowski, Hanna Utter, D. Henning,
R. Cotton, S. Bost, J. Kilmer, S. Garland, E. Baker, L. Yonash,
A. DeGroot, L. Sorenson, M. Tallier, J. Koehler, L. Sorenson,
S. Cummings, J. Perttu, T. Heuvelmans, William Swiekatowski, John/Jane Doe 1-35

**Defendant(s)**

Amended Complaint Under the Civil Rights Act, 42 U.S.C. ss 1983

**PACE OF CONFINEMENT**

| | |
|---|---|
| Physical address | Mailing Address for Legal Correspondence |
| Green Bay Correctional Institution | Green Bay Correctional Institution |
| 2833 Riverside Drive | P.O. Box 19033 |
| Green Bay WIsconsin 54301-9033 | Green Bay WIsconsin, 54307 |
| This address is used for packages only i.e. | This address is used for Legal U.S. Mail only |
| UPS, Speedy Delivery. | |

## Parties

David R. Hawkinson Institution I.D. NUMBER 277089 Social security #1753

I David R. Hawkinson here and after Appearing Pro Se, Complains against defendant denominated above as follows:



~~Preliminary Statement~~

(Note) Formatting is lost or Changed in the Printing Process Some [illegible] Page goes until the Previous Pag # Number, Some Titles have Been Manually Struck and Rewritten. David R. Hawkinson

## Preliminary Statement

1. This is an action brought pursuant to 42 U.S.C. ss 1983 seeking declaratory relief and damages for Hawkinson, a prisoner currently confined at Green Bay correctional Institution ("GBCI")and at all times material to this action was confined at GBCI. This Action States that Defendants Virginia H. Trzbiatowski , D. Henning , R. Cotton , S. Bost , J. Kilmer, S. Garland, E. Baker, L. Yonash, A. DeGroot, L. Sorenson, M. Tallier, J. Koehler, S. Cummings, J. Perttu, T. Heuvelmans, The Department of corrections, The State of Wisconsin, United States of America, (or John/Jane Doe Designation Number) violated Hawkinson's Eighth Amendment Right of the United States Constitution by wantonly and sadistically delaying and denying medical treatment for neck and back pain. It is further stated that delaying and denying medical treatment for neck and back pain Hawkinson did suffer agreedjusly for the entire time. Hawkinson also suffered irreversible damage to his nerves and will continue suffering for life.

2. The plaintiff alleges that all the defendants named here in did manipulate policies and procedures to make it appear like the plaintiff was receiving medical care. The defendants named (to the best of the plaintiff's ability) did violate the plaintiffs Eighth Amendment Right to be free of cruel and unusual punishment through deliberate indifference to his serious medical needs, causing irreparable harm to both his physical well being and psychological well being.

3. The plaintiff further alleges the defendants formed and participated in a committee (Special Needs Committee) whose sole purpose is to override doctors orders "in the interest of security". The defendants that participated on this committee violated my Eighth Amendment right to be free of cruel and unusual punishment through deliberate indifference to my serious medical needs, causing irreparable harm to both his physical well being and psychological well being.

4. The plaintiff further alleges the defendants manipulated policies and procedures to further delay the plaintiffs medical care by acting as if they were investigating claims made by Hawkinson this is a violation of the plaintiffs Eighth Amendment Right to be free of cruel and unusual punishment through deliberate indifference to his serious medical needs, causing irreparable harm to both his physical well being and psychological well being, and a Fourteenth Amendment right to Due process as acting like you are investigating an issue solely to dissuade legal action does nothing except cause more damage especially when the said investigator is not qualified to investigate medical claims.



~~Venue~~

## Venue

5. This court has subject matter jurisdiction pursuant to 28 U.S.C. ss 1331 because this action arises under the Constitution, Laws and Treaties of the United States, and Pursuant to U.S.C. ss 1334 (a)(3) because this action seeks to redress the deprivation, under the color of State Law, of Hawkinson's Civil Rights. (ss Refers to Sub Section)

6. This Court has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. ss 2201 and 2202 and Fed.R.Civ.P Rule 57.

7. Venue is proper in this Judicial district Pursuant to 28 U.S.C. ss 1391(b) because this defendant was/is being violated and resided in this Jurisdiction as do the Defendants to the best of my knowledge at the time of this writing.

8. David R. Hawkinson at all times relevant to this action, was a United States Citizen. Hawkinson is a prisoner, Convicted by the State of Wisconsin and is under the control of the Wisconsin Department of Corrections ("DOC")

## Defendants

9. D. Henning, Worked as a Registered Nurse At Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that D. Henning be added as Defendant John/Jane Doe #1 and his/her Employer be added as defendant John/Jane Doe #2 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.

10. R. Cotton, Worked as a Registered Nurse At Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that R. Cotton, be added as Defendant John/Jane Doe #3 and his/her Employer be added as defendant John/Jane Doe #4 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.

11. S. Bost, Worked as a Registered Nurse At Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that S. Bost, be added as Defendant John/Jane Doe #5 and his/her Employer be added as defendant John/Jane Doe #6 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.



12. J. Kilmer, worked as a Registered Nurse at Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that J. Kilmer, be added as

Defendant John/Jane Doe #7 and his/her Employer be added as defendant John/Jane Doe #8 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.

13. E. Baker, worked as a Registered Nurse at Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that E. Baker, be added as Defendant John/Jane Doe #9 and his/her Employer be added as defendant John/Jane Doe #10 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.

14. S. Garland, worked as a Registered Nurse at Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that S. Garland be added as Defendant John/Jane Doe #11 and his/her employer be added as defendant John/Jane Doe #12 until which time sufficient information Is known to satisfy the court and this plaintiff for this litigation.

15. L. Yonash, worked as a Registered Nurse at Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that L. Yonash be added as Defendant John/Jane Doe #13 and his/her employer be added as defendant John/Jane Doe #14 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

16. L. Sorenson, worked as a Registered Nurse at Green Bay Correctional Institution (GBCI) at the time my Civil Rights were being violated. It is believed that this person is employed through the Bureau of Health Services. It is requested that L. Sorenson be added as Defendant John/Jane Doe #15 and his/her employer be added as defendant John/Jane Doe #16 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

17. A. DeGroot, worked as Green Bay Correctional Institutions, "Inmate Complaint Examiner" at the time my civil rights were being violated. It is requested that A. Degroot added as Defendant John/Jane Doe #17 and his/her employer be added as defendant John/Jane Doe #18 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.



18. Virginia H. Trzbiatowski worked as a "Nurse Practitioner" at Green Bay Correctional Institution at the time my Civil Rights were being violated. It is believed that Virginia H. Trzbiatowski works through the Bureau Of Health Services. It is requested that Virginia

H. Trzbiatowski be added as Defendant John/Jane Doe #19 and his/her employer be added as defendant John/Jane Doe #20 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

19. William Swiekatowski, title is unknown. He is referred to as Captain ski. one could safely assume that he is a Captain, but it is requested that William Swiekatowski be added as Defendant John/Jane Doe #21 and his/her employer be added as defendant John/Jane Doe #22 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

20. M. Tallier, worked as an unit manager at Green Bay Correctional Institution at the time that my Civil Rights were being violated. It is requested that M. Tallier, be added as Defendant John/Jane Doe #23 and his/her employer be added as defendant John/Jane Doe #24 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

21. J. Koehler, worked as an unit manager at Green Bay Correctional Institution at the time that my Civil Rights were being violated. It is requested that J. Koehler, be added as Defendant John/Jane Doe #25 and his/her employer be added as defendant John/Jane Doe #26 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

22. S. Cummings, worked as an unit manager at Green Bay Correctional Institution at the time that my Civil Rights were being violated. It is requested that S. Cummings, be added as Defendant John/Jane Doe #27 and his/her employer be added as defendant John/Jane Doe #28 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

23. J. Perttu, worked as an unit manager at Green Bay Correctional Institution at the time that my Civil Rights were being violated. It is requested that J. Perttu, be added as Defendant John/Jane Doe #29 and his/her employer be added as defendant John/Jane Doe #30 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

24. T. Heuvelmans, worked as a recreation Leader at Green Bay Correctional Institution at the time that my Civil Rights were being violated. It is requested that T. Heuvelmans, be added as Defendant John/Jane Doe #31 and his/her employer be added as defendant John/Jane Doe #32 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.



25. It is further requested that if any employers are duplicated in this action that they be consolidated under the first John/Jane Doe designation appointed to them to avoid confusion.

26. Hanna Utter, worked as a "Health Services Manager" at Green Bay Correctional Institution at the time my Civil Rights were being violated. It is believed that Hanna Utter, works through the Bureau Of Health Services. It is requested that Hanna Utter be added as Defendant John/Jane Doe #34 and his/her employer be added as defendant John/Jane Doe #35 until which time sufficient information is known to satisfy the court and this plaintiff for this litigation.

27. G. Trzebiatowski, is believed to be a typo of Virginia H. Trzbiatowski's name but I have included him/her until which time sufficient information of their identity is known to satisfy the court and this plaintiff for this litigation. It is requested he/she and their employer be added as John/Jane Doe #36 and #37 if they are indeed a different entity

## Allegation of Fact

28. Hawkinson Exhausted his administrative remedies in complaint Number GBCI-2023-, upon appeal The Office of the Secretary AFFIRMED waiting 10 months was unreasonable and it can only be assumed that another 7 months to receive treatment is even more unreasonable.

29. It is hereby alleged that Virginia H. Trzbiatowski intentionally disregarded a known, objectively serious medical condition that posed an excessive risk to the plaintiff's health.

30. Hawkinson completed injections at Aurora in December 2021, in which they recommended follow up with his provider and repeated injections in 30 days and then every 3 months as needed. The patient was then seen in May of 2022 for unrelated issues and not allowed to discuss his neck and back. Finally in October of 2022, provider Virginia H. Trzbiatowski referred Hawkinson to Pain Services who has/had a contract with GBCI.

31. Prevea Pain Services referred him to Bellin Health for an injection: but Bellin will not see him: because Virginia H. Trzbiatowski's deliberate indifference to Hawkinson's pain caused too much time to elapse between his last treatment and his next injection. They want Hawkinson to start the protocall over.

32. Virginia H. Trzbiatowski failed to fill out the application papers for Bellin Health properly further delaying Epidural Steroid Injection for Hawkinson. She did this twice and was contacted to correct her mistakes twice.



33. Hawkinson filled out DOC 3035 on 1/19/2022 I wrote: "I need help with my back. I am doing all the treatments I am able. Whatever is wrong needs to be treated as a whole. The pain is causing psychological problems. Why can't I get treatment?" (Doing all the

treatments is referring to physical therapy.) Response: You have an appt. w/ACP on 1/24/22. Signed By: D. Henning RN 1/20/2022 ((This appointment never happened.) This request is marked Exhibit #11.)

34. Hawkinson filled out DOC 3035 on 2/3/2022 I wrote: "I need help with my back. The T2-T3 area is killing me. The treatments on my neck are not working on the thoracic pain. HELP!" Response: Pending appointment with provider regarding your back pain. Signed By: S. Bost RN ((Still no appointment) This request is marked exhibit #12)

35. Hawkinson filled out DOC 3035 on 3/18/2022 I wrote: "When am I due for another shot in my neck? The Pain is creeping Back, 5+ all the time with periods of 10. Short periods so far." Response: No ordered neck injection at this time. Signed By: J. Kilmer RN ((Still no Appointment.) This request is marked exhibit #13)

36. Hawkinson filled out DOC 3035 on 6/2/2022 I wrote: "Why did you change my Naproxen prescription? this was for the pain in my Arm shoulder and neck all of which will never heal, but it is getting worse. Please Refer to MRI of cervical spine. Response: 50/30 days This was also changed to DOC pharmacy new standards. Please let HSU know if you need a sick call." Signed By: D. Henning RN ((Still no appointment for neck and back. ) This request is marked exhibit #14))

37. Hawkinson filled out DOC 3035 on 7/18/2021 I wrote: "I need another shot in my neck nothing is helping again." Response: ACP referral in place pending scheduling if you are in need of a RN sick prior to this let HSU know. Signed By: D. Henning. (This request is marked exhibit #15))

38. Hawkinson filled out DOC 3035 on 8/5/2022 I wrote: "I Do Not need a sick call, you already have MRI showing I have a condition that will never heal and will need constant treatment. If it is $7.50 you need, take it and send me for the epidural in my cervical spine." Response: As noted on letter sent to you on 8/26/2022 the provider has ordered a referral to Pain Services. signed R. Cotton. ((no letter was received.) This request is marked exhibit #16))

39. Hawkinson filled out DOC 3035 on 11/4/2022 I wrote: "Why have I not received my epidural for pain? Response: Injection ordered and pending scheduling." Signed: J. Kilmer 11/7/20222 (This request is marked exhibit #17)

40. Hawkinson filled out DOC 3035 on 11/20/2022 I wrote: "I would like my TENS unit back, I feel like I am dying." Response: Tens unit ordered expired forward to special needs. Signed: E baker (This request is marked exhibit #18)



41. Hawkinson filled out DOC 3035 on: 12/7/2022 I wrote: "I feel that hsu is intentionally delaying my epidural and this is causing me agonizing pain on a daily basis. This is

causing depression and other mental problems. why have i not received my epidural" Response: Referral in place, pending scheduling. appt scheduled to see ACP Signed: D. Henning (still no appointment.) (This request is marked exhibit #19))

42. Hawkinson filled out DOC 761 on: 12-21-2022 I wrote: "I am having a problem with my neck and back. It is causing me agonizing pain As of the 22nd of December It will be one year since my last epidural. A shot I am supposed to get every three months. Every time I write HSU it is always the same answer, you have an appointment coming up. In the meantime It is getting worse. I have had to go on antidepressants because of the pain. Some days it is so bad all I do is go to the bathroom and eat. Please Tell me what is going on, and why it is taking so long?" Response: as of 12-5-2023 no more UTTER. We are at the mercy of outside provider schedules and have now switched to Prevea Pain Pervices. signed D. Henning (This request is marked exhibit #20)

43. Hawkinson filled out DOC 3035 on: 12/25/2022 I wrote: "I want to go back on seizure medication I am having them more frequently because of the increased stress." Response:you may discuss restarting this medication with your provider. You have an appointment scheduled 1/26 with your ACP your next psychiatric appointment is in 4-6 weeks. for urgent psu concerns contact PSU. signed L. Yonash RN | E. baker RN (again no appointment) (This request is marked exhibit #21)

44. Hawkinson filled out DOC 3035 on: 1/28/2023 I wrote: "When I Lay Down there is pain around T2-T3, T3-T4. My hands hurt. My right arm hurts. Right now it hurts to write this." Response: you have a provider appointment on 2/10 Do you need to be seen sooner? Signed by: E Baker (This request is marked exhibit #22)

45. Hawkinson filled out DOC 3035 on: 1/30/2023 I Wrote: "If you really have an appointment on 2/10 I could probably wait. If this is another Imaginary appointment Like the last five I should see someone sooner because its not going away. Response: You Are scheduled 2/10/23 @ 8:30am w/Dr. Daughtry.(This request is marked exhibit #23)

46. Hawkinson filled out DOC 3035 on: 3/8/2023 I wrote: "I still have extreme pain in both arms, hands, and neck. I have not received my injection for pain. What is going on? (Scheduled for cervical MRI this Month Before your ESI. Signed: D. Henning

47. Hawkinson filled out DOC 3035 on: 3/12/2023 I wrote: "Pain, Bad, HELP!"Response: Please specify what you need to be seen for specifics helps to schedule you appropriately. Signed: E Baker

48. Hawkinson filled out DOC 3035 on: 3/12/2023 Officer wrote on my behalf: My hands not working appropriately my right arm is swelled up. Response: box marked scheduled to be seen in HSU. signed: E. Baker

49. I have in my possession more requests that go back as far as 2013. These include at least another 20 people that have participated in delaying and denying my medical care. I also have copies of these actions with my sister because I am aware of "lost and "stolen" paperwork after a person in my position files a lawsuit.

50. Virginia H. Trzbiatowski's, "Deliberate Indifference" to Hawkinson's pain, also allowed the use of a TENS unit to expire. (This unit is used to reduce pain.)

51. Hawkinson has seen his new provider Dr. Daughtry on February 10, 2023 and has an appointment with Interventional Radiology for an injection.

52. Still as of May of 2023 he has received no treatment for his lumbar spine, and has had to spend a weekend in bed and use a walker to get back and forth to meals and the bathroom. Hawkinson is also not allowed to go to work on Monday the 8th day of May 2023. The total time elapsed from December when Aurora gave their recommendation until his next treatment was 17 months.

53. A second MRI was needed for Interventional Radiology and this MRI showed more damage to Hawkinsons Cervical Spine due to non-treatment. It is alleged that this damage and Hawkinsons' pain could have been minimized, Virginia H. Trzbiatowski had it in her "POWER" to help Hawkinson and chose not to.

54. It is further alleged that Hanna Utter had knowledge that Virginia H. Trzbiatowski had been mistreating patients and instead of making an administrative decision to investigate Virginia H. Trzbiatowski, and help Hawkinson, she chose to turn a blind eye to the violations and allow Hawkinson to suffer. With multiple Lawsuits pending against Virginia H. Trzbiatowski any lay person would have known something was going on and attempted to assist in getting Hawkinson help with his suffering. Instead Hanna Utters only concern was to make it look as if her hands were tied and she bared no responsibility. Not only did Hanna Utter actively participate with Virginia H. Trzbiatowski in blocking care for Hawkinson, as an administrator she encouraged Virginia H. Trzbiatowski behavior by administering a system where there are no checks and balances. "If one person says the sky is purple you could probably let it go as an opinion, but when someone is telling you the sky is purple every day you should probably see what the problem is."

55. The Epidural Steroid Injection is intended to decrease inflammation. Decreasing the inflammation slows the body's response to rebuild damaged areas and reduces pain. Not receiving this injection allowed the disease to wreak havoc on Hawkinsons spine. To date there is no updated MRI on Hawkinson's Lumbar spine and he suffers new pain in his thoracic spine.

56. Hawkinson has suffered extreme, avoidable pain for no penological reason at the hands of Virginia H. Trzbiatowski, Hanna Utter.

57. Hawkinson has to take a psychotropic medication due to depression related to the pain he is suffering from.

58. Hawkinson has received an injection as of April 29, 2023 and has considerably less pain in the neck, and arms.

59. A. DeGroot, is deliberately indifferent to Hawkinson's pain and suffering. As an investigator he has the third chance to stop Pain and suffering. He was provided times and dates. He failed to protect a person who could not protect himself. This is no different then the police watching their fellow officer kill or injure a suspect and not helping the suspect. A DeGroot dismissed the complaint he knew should not have dismissed. It took his superiors to investigate and change his dismissal to get the ball rolling in the right direction.

60. A. DeGroot, being in the trusted position he is in, played a role as a "Gatekeeper". Not only did he know what he was doing, he knew that there were many complaints of this nature alleging the same persons. If the Inmate complaint examiner is only used as a hurdal, the inmate complaint system is null and void, as they are not supposed to put in place policies that interfere with access to the courts this is be a Fourteenth Amendment violation.

61. A. DeGroot violated my 14th Amendment the right to due process by not thoroughly investigating the claims raised in Inmate complaint Number GBCI-2023-257 (marked Exhibit 1-5 including Exhibit 2a.)

62. H Utter, C. Baier, G. Trzebiatowski, Captain Swiekatowski, M. Tallier, J. Koehler, S. Cummimgs, Participated in a Committee whose only purpose is to deny medical needs of inmates. This is in and of itself a violation of Hawkinson's 8th and 14th amendment rights.

63. If you replace "Officer" with "State Employee" in the following excerpt from Fremin v. Tuttle Any layperson will see that it still applies and that all the Staff herein have violated Hawkinson's Rights and are no longer subject to qualified immunity or any other immunity. An officer (Nurse) may be held liable under Section 1983 for bystander liability, or a failure to intervene, where the officer (Nurse) "(1) knows that a fellow officer (Nurse) is violating [the plaintiff's] constitutional rights; (2) has a reasonable opportunity to prevent the harm; and (3) chooses not to act. Whitley v. Hanna, 726 F.3d 631, 646 (5th Cir. 2013) (emphasis added).

64. The Department of Corrections and The Bureau of Health Services State of WIsconsin, United States of America, added to this risk, by providing a physician/nurse practitioner who does not meet minimum standards of competence or diligence or who cannot give adequate care because of an excessive caseload or inadequate facilities, then the prisoner may suffer from a breach of the State's constitutional duty. This is an Eighth Amendment violation.

## 1st Cause of Action

65. Re-alleging and incorporated herein by reference paragraphs 1-64, Hawkinson alleges Virginia H. Trzbiatowski knowingly and willingly delayed and denied Hawkinson medical treatment causing pain and suffering.

66. Hanna Utter as an administrator had it in her power to allow Hawkinson to see another provider as Virginia H. Trzbiatowski behavior was suspect, and Hanna Utter, chose to do nothing. this makes her guilty of violating Hawkinson's civil rights. She was contacted on several occasions and had a chance to stop these egregious acts.

67. A. DeGroot violated Hawkinson's 8th and 14th amendment by completing an erroneous investigation and causing further delay and denial in Hawkinson's Medical care. This delay also delayed a proper investigation into the allegations set forth.

68. All nurses and investigators Names and employers provided had a responsibility to stop Virginia H. Trzbiatowski from causing pain to Hawkinson. Instead they used their power and control of the situation to turn a blind eye, and allow Virginia H. Trzbiatowski to continue to deny care to Hawkinson. This is not a class action lawsuit, that being said this is a widespread problem across the Department of Corrections. Humans should not allow this to happen to other human beings. Allowing people to suffer and others to die.

69. There is no genuine issue as to any material fact, Inmate Complaint Number GBCI-2023-257 AFFIRMS these facts.

## Jurisdiction

I am suing for violation of federal Law under 28 U.S.C. ss1331.

I demand a Jury Trial!

## RELIEF WANTED

70. The plaintiff, first and foremost prays for a preliminary injunction to receive meaningful medical care that will stop or slow down damage and relieve pain. The plaintiff prays in his bill for the relief to which he supposes himself entitled on the case made out in the bill. And the plaintiff prays for such further or other relief as the nature of the case may require, and as may be agreeable to equity and good conscience. "Plaintiff additionally prays for such other and further relief to which he may show himself to be justly entitled."

71. I pray for all legally available remedies. The cost of medications are out of this world. The damage caused by The defendants is irreversible. It is likely I will never be able to make a meaningful living because of these damages. I will end up in a wheelchair because of these damages. I will need psychological care for pain for the rest of my life.

72. I pray to see the guilty parties not be able to afflict this kind or any other kind of pain and suffering on another person as long as they live. The minimum that should happen to them is they lose their license to practice Medicine. They should be imprisoned, in State Prison, not cushy Federal Prison. They should not be allowed to have any job in health care or any job working for the state or federal government.

73. I pray for relief from damages, pain and suffering, mental anguish all these remedies should be for the past, present, and future. Reimbursement of all court costs, including but not limited to filing fees, attorney's fees, copy fees, postage, and shipping. I demand future medical cost to be paid. Future Living Expenses for the disability that is inevitable because of the delay and denial of medical treatment.

74. I pray for any other legal remedy that the jury and or the judge see fit. The State nor its employees should be allowed to profit from the policies and procedures that have been employed here to harm myself.

75. I pray the court reserves my ability to file for Negligence in Wisconsin State Court in addition to this filing.

I, David R. Hawkinson declare that I am the Plaintiff Bringing this complaint.

7-27-2023 David R. Hawkinson

Date Signature - Signed Under Penalty of Perjury