## Wisconsin Department of Corrections

| | | |
|---|---|---|
| Patient: **HAWKINSON, DAVID R** | MRN/DOC#: 000277089 | DOB: [redacted] |
| Location: Green Bay Correctional Institution | Admission Date: 10/7/2008 | Discharge: |
| Medical Records From: | to 2/14/2024 12:27 CST | Gender: Male |

### *Progress Notes*

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 12/13/2023 10:03 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Neck pain, back pain, seizure disorder, tenosynovitis |
| Sign Information: | Daughtry,MD,Barry T (12/13/2023 10:24 CST) |

**Subjective**
He is here to follow up his back pain. He had a recent epidural injection which helped. He is concerned about the injection site.
He still has the swollen flexor tendons in his right hand and is waiting to see orthopedics for that.
He is also got low back pain that radiates to the left foot. He has been doing some exercises that he learned from physical therapy that helped somewhat. He takes duloxetine which did help quite a bit in the beginning but no longer helps his pain much however he notices it helps his mood. He is also got Tylenol for pain and celecoxib which helps a little.
He recently saw neurology and they increased his lacosamide to 200 mg daily which will be given as 100 mg twice daily. He does not have any side effects from that. They also request an MRI of his brain and and possibly an EEG.
His initial blood pressure was 150/88 and it is 121/79 when rechecked.

**Objective**

Vitals & Measurements

Temperature Temporal Artery: 36.9 Deg C (12/13/23 09:44:00)

Respiratory Rate: 16 br/min (12/13/23 09:44:00)

Systolic Blood Pressure: 150 mmHg High (12/13/23 09:44:00)

Diastolic Blood Pressure: 88 mmHg (12/13/23 09:44:00)

Mean Arterial Pressure, Cuff: 109 mmHg (12/13/23 09:44:00)

Physical Exam

Alert, no distress
Neck: Very slight erythema at his injection site and slight tenderness at about the C6 or C7 level. Flexion about 40 degrees extension about 40 degrees left and right rotation 50 to 60 degrees.
Back: Positive straight leg raise bilaterally with back pain, more significant in the left leg at about 40 degrees right leg about 50 degrees, normal strength in lower extremities, back flexion 60 degrees, extension 5 to 10 degrees

**Assessment/Plan**

1. Low back pain with sciatica
   Continue with Celebrex, Tylenol and home exercise program.
   Continue with duloxetine 60 mg daily, he did have some improvement in his pain with it at first
   Refer to pain management

2. Tenosynovitis of right hand
   Orthopedic referral is pending

3. Seizure disorder
   Lacosamide increased to 100 mg twice daily

Ordered:
lacosamide, 50 mg = 1 tab, Oral, Tab, BID (AM/HS) - SC, First Dose: 10/20/23 7:30:00 CDT, Stop Date: 12/17/23 23:45:00 CST, Next Dispense Date: 12/11/26
lacosamide, 100 mg, Oral, Tab, BID (AM/HS) - SC, First Dose: 12/18/23 7:30:00 CST, Stop Date: 04/14/24 7:29:00 CDT, Next Dispense Date: 12/13/23

## *Progress Notes*

4. Cervical pain, Cervical trigger point syndrome
   Pain improved recently, follow-up with pain management
   follow up with provider in 3 months

Atypical chest pain

Bilateral lower leg edema

Chronic fatigue

Claustrophobia

Constipation

Dorsalgia of thoracic region

Encounter for medical care

Foot pain, bilateral

Frontal sinus pain

Headache

Heart palpitations, Palpitation

Hemorrhoids

Hypertension

Hypertriglyceridemia

Low vitamin D level

OSA on CPAP

Peyronie's disease

R/O Unspecified anxiety disorder

Rhinitis

Sciatica

Secondary hypogonadism

Shoulder pain, right

Syncope, near

Unspecified depressive disorder

Upper back pain

Orders:
Consult to Offsite Diagnostic Radiology

## *Progress Notes*

Consult to Pain Services

Electronically Signed on 12/13/23 10:24 AM

Daughtry, Barry MD

# ORDER SHEET

Order Entry D/T: 01/17/24 17:11 CST

Orders Entered By: Hartjes, RN, Michele K
Ordering Dr: Daughtry, Barry T

C **Consult to Offsite Orthopedics**
01/17/24 14:30:00 CST, tenosynovitis of right hand, injection if necessary, GBCI, 01/17/24 14:30:00 CST

Pt. Name: HAWKINSON, DAVID R
D.O.B./Sex: [redacted] M
Med Rec #: 277089
Physician:
Admit/Disch: 10-07-2008 CDT
/ 00-00-00

Order Sheet

Print ID: Baier, RN, Cassandra L
Print Date/Time: 02/14/24 12:27 CST

Electronically signed by: Barry T Daughtry

HAWKINSON, DAVID R
[redacted]

000277089
20081007104127708

* Modified *

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 7/2023)

WISCONSIN 5

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

PATIENT NAME (Last, First, M.I.): Hawkinson, David
DOC #: 277089
DOB (mm/dd/yyyy): [redacted]

Guardian ☐ Yes ☒ No    Guardian Name and Contact Information: ______

POA Healthcare ☐ Yes ☒ No    Activated ☐ Yes ☒ No    Name and Contact Information: ______

REFERRED TO: Onsite Orthopedics
CLINIC MEDICAL RECORD #:
CLINIC / FACILITY:
APPROPRIATE FOR TELEMEDICINE ☐ Yes ☐ No

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
Tenosynovitis of right hand

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

## ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts    ☐ Medical Imaging    ☐ Other

☐ Lab Results    ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): ______    TIME ______    ☐ AM ☐ PM    ☐ CLINIC ☐ TELEMEDICINE

ADMISSION DATE (mm/dd/yyyy): 1/17/24

ACP REFERRED BY: Daughtry, B MD
FACILITY:
PHONE NUMBER:
FAX NUMBER:
DATE (mm/dd/yyyy):

## RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED: B/L hand tenosynovitis

RECOMMENDATIONS
- Prednisone long taper
6 tab po daily QD
then 5 tab po QD
then 4 tab po QD
then 3 tab po QD
then 2 tab po QD → then 1 tab po QD
#21 ø refill

DO:
- Dictate from Recommendations

DO NOT:
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC ☐ TELEMEDICINE ______ week(s) ______ month(s) ______ year

## INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I ☐ Class II ☐ Class III-A ☐ Class III-B ☐ Class IV ☐ Non-Surgical

PROVIDER NAME (Please Print): D. Severson
PROVIDER SIGNATURE: [signature]
DATE SIGNED: 1/17/24

HOSPITAL/ CLINIC NAME:
TELEPHONE NUMBER:

DISTRIBUTION: Original - HSU: scan to appropriate Outside Records (OR) subfolder upon completion or Dental: scan to Dentrix; Copy – Off-Site Provider's Medical Record

GBCI

**Hospital Sisters Health System**

Hawkinson, David Ray
MRN: 55606238, DOB: [redacted] Sex: M

**01/17/2024 - Office Visit in PREVEA HEALTH (ST MARY'S) ORTHOPAEDICS**

**All Notes**

**Progress Notes**

**Daniel L Severance, DO at 1/17/2024 1430**

**CC: Hand Pain**

**Assessment:**

1. Bilateral hand flexor tenosynovitis

**Plan:** I explained my exam findings to David and we discussed the following treatment plan. I discussed with David that he has multiple digits involved in the bilateral upper extremities I recommend an oral steroid rather than injection. He should notice improvement in his pain and swelling. He has no signs of triggering at this time. Will intervention as indicated. Patient stated understanding, all the question concerns were addressed to satisfaction.

1. Oral prednisone Dosepak
2. Weightbearing as tolerated
3. No other restrictions
4. Follow-up as needed

**HPI:** David Ray Hawkinson is a 49-year-old male presenting complaining of Bilateral hand pain and swelling. David states that he has had intermittent swelling for greater than 6 months in his bilateral hands. He states symptoms are equal on the upper extremities however started to be more symptomatic on the right side recently. He is right-hand dominant. He reports a fluid collection underneath the skin of his index finger. He denies any prior surgical procedures on the bilateral hands. He does report some mild decrease in sensation. He has longstanding cervical degenerative disc disease and this he received injections in the past. He is not experiencing any elbow or shoulder discomfort.

**ROS: Pertinent items are noted in HPI**

**Vitals:** There were no vitals taken for this visit.

**PMH:**

Past Medical History:

Diagnosis Date

- Anxiety
- Depression
- Headache(784.0)
- Hypertension
- Seizures, generalized convulsive (HHS/HCC) (CMS/HCC)

**Hospital Sisters Health System**

Hawkinson, David Ray
MRN: 55606238, DOB: [redacted] Sex: M

**01/17/2024 - Office Visit in PREVEA HEALTH (ST MARY'S) ORTHOPAEDICS (continued)**

**All Notes (continued)**

**PSH:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • IR CERVICAL EPIDURAL INJECTION<br>*C7-T1; Dr. Zarvan at SVG* | | 04/26/2023 |
| • IR CERVICAL EPIDURAL INJECTION<br>*SVG Dr. Zarvan C7/T1 ESI* | | 11/27/2023 |
| • PC KNEE SCOPE MEDIAL OR LAT MENISCUS REPAIR | Right | 2018 |

**Meds:**

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily as needed for Pain. |
| • amLODIPine (NORVASC) 5 MG tablet | Take 1 tablet (5 mg total) by mouth daily. |
| • aspirin-acetaminophen-caffeine (EXCEDRIN MIGRAINE) 250-250-65 MG tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| • B-Sure Witch Hazel 50 % Pads | |
| • BISACODYL LAXATIVE OR | Take 10 mg by mouth daily as needed. |
| • celecoxib (CELEBREX) 200 MG capsule | Take 1 capsule (200 mg total) by mouth 2 (two) times daily. |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth daily. |
| • Cholecalciferol (VITAMIN D) 2000 UNITS TABS | Take by mouth. |
| • CPAP SUPPLIES | |
| • DULoxetine HCl 40 MG CAPSULE ENTERIC COATED PARTICLES | Take 60 mg by mouth daily. |
| • fluticasone propionate (FLONASE) 50 MCG/ACT nasal spray | 2 sprays by Nasal route daily. |
| • lacosamide (VIMPAT) 50 MG Tab | Take 1 tablet (50 mg total) by mouth 2 (two) times daily. |
| • lactase (LACTAID FAST ACT) 9000 units tablet | Take 1 tablet (9,000 Units total) by mouth 3 (three) times daily with meals. |
| • lidocaine (LMX) 4 % cream | Apply topically as needed. |
| • naproxen (NAPROSYN) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily with meals. |
| • Psyllium 100 % POWD | Take by mouth. |
| • sodium chloride (OCEAN) 0.65 % Solution | |
| • testosterone 100 MG pellet | 2 each (200 mg total) by Other route. 200 mg injection every 4 wks |

No current facility-administered medications for this visit.

**All: Review of patient's allergies indicates:**
**Depakote [valproic acid] and Levetiracetam**
**Social Hx:**

Social History

Socioeconomic History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | Not on file |

- Years of education: Not on file
- Highest education level: Not on file

Occupational History

- Not on file

Tobacco Use

- Smoking status: Former
    - Types: Cigarettes
    - Quit date: 2003
    - Years since quitting: 21.0
- Smokeless tobacco: Former

Substance and Sexual Activity

- Alcohol use: Not Currently
- Drug use: Never
- Sexual activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Family Hx: No family history on file.**

**Physical Exam:**

**General:** physical exam reveals a pleasant mildly overweight Male who appears their stated age, and is in no distress. Patient is oriented to person, place and time

**Musculoskeletal:** bilateral hands

Inspection of the bilateral hands reveals small fluid collection over the metacarpal phalangeal joint of the right index finger. Skin is intact about lesion or laceration. Palpation is consistent with a ganglion cyst. Patient has tenderness to palpation along the flexor tendon sheath of the index middle and ring fingers of the right hand. No palpable nodules are present. No active triggering is noted. Patient is able to make full composite fist bilaterally. Radial, median, ulnar, AIN, PIN nerve function grossly intact.

**Diagnostic Images:** No new imaging today

BARRY T DAUGHTRY, MD thank you very much for allowing me to participate in this patient's care. As always if you have any questions please feel free to call.

9

**Hospital Sisters Health System**

Hawkinson, David Ray
MRN: 55606238, DOB: [redacted] Sex: M

**01/17/2024 - Office Visit in PREVEA HEALTH (ST MARY'S) ORTHOPAEDICS (continued)**

**All Notes (continued)**

This note was dictated and transcribed using Dragon voice recognition software.

DANIEL L SEVERANCE, DO
1/17/2024

Electronically signed by Daniel L Severance, DO at 01/17/24 1549