UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID R. HAWKINSON,

Plaintiff,

v. Case No. 23-cv-634-pp

VIRGINIA TRZEBIATOWSKI, *et al.*,

Defendants.

---

**ORDER SETTING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT TRZEBIATOWSKI'S MOTION FOR SUMMARY JUDGMENT**

---

On April 4, 2025, defendant Trzebiatowski filed a motion for summary judgment along with supporting materials. Dkt. Nos. 93-97. On April 9, 2025, the court issued an order requiring the plaintiff to file his response to Trzebiatowski's motion by the end of the day on May 5, 2025. Dkt. No. 99. In the same order, the court granted the state defendants' motion for an extension of time and extended to June 3, 2025 the deadline for the state defendants to file their own motion for summary judgment and to respond to the plaintiff's motion for summary judgment. Id.

On April 14, 2025, the plaintiff filed a motion to compel stating that he had not received Trzebiatowski's motion for summary judgment.[1] Dkt. No. 100. The plaintiff also said that he would be "moved any day" from the Green Bay Correctional Institution, which could result in delay. Id. at 2.

On April 18, 2025, the court denied as moot the plaintiff's motion to compel because Trzebitaowski and the state defendants had filed certificates of

[1] The plaintiff also said that he had not received the state defendants' motion for extension of time.

service indicating that they mailed their motions to the plaintiff at Green Bay Correctional Institution. Dkt. No. 101 at 3. The court vacated the plaintiff's May 5, 2025, deadline to respond to Trzebiatowski's motion for summary judgment and ordered that, by April 30, 2025, the plaintiff must file a written notice with the court indicating his current address and whether he had received copies of Trzebiatowski's motion for summary judgment the state defendants' motion for extension of time. Id.

On April 22, 2025, the court received from the plaintiff a document titled "Notice of Receipt and Correct Address" in which he states that he received Trzebiatowski's motion for summary judgment on April 15, 2025. Dkt. No. 102 at 1. He also states that he received the state defendants' motion for extension of time as well as the court's April 9, 2025 order. Id. The plaintiff states that he is still incarcerated at Green Bay Correctional Institution but that he "will be moved any day and [] will be held without communication at that point." Id. at 2. The plaintiff says that his "legal papers will be held out of [his] possession at that point also." Id.

On May 6, 2025, the court received from the plaintiff "Notice of Non-Receipt" in which he says that he did not receive the court's April 18, 2025, order. Dkt. No. 103. He says that he still has not been transferred to a different prison and his transfer is "way overdue[.]" Dkt. No. 103. Clerk's office staff mailed another copy of the court's April 18, 2025, order to the plaintiff on May 6, 2025.

Because the plaintiff has notified the court that he received Trzebiatowski's motion for summary judgment, the court will set a deadline for the plaintiff to respond to that motion. The court reminds the plaintiff that it is

his responsibility to keep his address updated and that he must notify the court if he is transferred to another institution.

The court **ORDERS** that by the end of the day on **June 9, 2025**, the plaintiff must file a response to Trzebiatowski's motion for summary judgment. That means that the plaintiff must file his response in time for the court to *receive it* by the end of the day on June 9, 2025. The court reiterates what it stated in the original order setting the deadline for the plaintiff to respond to defendant Trzbiatowski's motion, dkt. no. 99 at 2, if the court has not received the plaintiff's response in opposition to Trzebiatowski's summary judgment motion (or an explanation for why he cannot timely file a response) by the end of the day on June 9, 2025, the court has the authority to treat the motion as unopposed, accept all facts asserted by Trzebiatowski as undisputed and decide the motion based only on the arguments in Trzebiatowski's brief, without any input from the plaintiff. That means the court will likely grant the motion.

Dated in Milwaukee, Wisconsin this 9th day of May, 2025.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**