United States District Court
Eastern District of Wisconsin

U.S. District Court
Wisconsin Eastern
MAY 20 2025
FILED
Clerk of Court

David R Hawkinson,

Plaintiff

Vs.

Virginia Trzebiatowski, APNP, Hannah Utter, Hsum, D Henning, R Cotton, S Bost, J Kilmer, E Baker and A Degroot,

Defendants.

Case No. 23 CV 634

# Declaration of Paula A. Ebrahim

I . I Paula A. Ebrahim, declare pursuant to 28 U.S. C. § 1746 and under the penalty of perjury, that the following is true and correct.

2. I am David R. Hawkinson's biological sister.

3. I have talked with David R. Hawkinson on multiple occasions about his paperwork from the court cases 23 CV 634 and 23 CV 1407 being delayed in getting to his hands.

4. I have tried to keep up with giving Mr. Hawkinson new information on both mentioned cases via Pacer.

5. I have sent more than a dozen photos of my computer screen with the pacer website open and visible between 7/25/2024 and 4-14-2025 to David R. Hawkinson via the Getting Out App service for Inmates and families.

6. All of the above mentioned photos were approved for David R. Hawkinson to view.

7. On 5-7-2025 I sent a photo of my computer screen showing the Pacer website and Mr. Hawkinson's case to Mr. Hawkinson via the Getting Out app.

8. The photo that I sent on 5-7-2025 was similar to all the others I have sent and did not contain any forbidden language or images.

9. The photo that I sent on 5-7-2025 was denied by the warden with a message of; "Denied: Is determined by the Warden, for reasons other than those listed in this paragraph, to be inappropriate for distribution throughout the institution."

10. Mr. Hawkinson is in poor health.

11. Every moment available to Mr. Hawkinson to pursue His court cases is detrimental to the outcome of the cases.

12. The law library available to Mr. Hawkinson is not a 24 hour service but has limited availability to himself.

13. The extra days or hours that David R. Hawkinson has to work on his court paperwork responses etc. via receiving information in my photos is crucial to his gaining minutes or days to pursue the cases, 23 CV 634 and 23 cv 1407.

14. I am including printed images of the photo and the message received on the photo in question for the court to view.

15. I have labeled the photos as “Exhibit 306 and 306-1”.

Signed,

Paula A Ebrahim

Paula A. Ebrahim

5-12-2025