David R. Hawkinson 277089

Oshkosh Correctional Institution

1730 W. Snell Road

P.O. Box 3310

Oshkosh, WI 54903-3310

Phone: 920-231-4010

# United States District Court, Eastern District of Wisconsin.

David R. Hawkinson (Hawk)

**Plaintiff.**

Case Number. 23-CV-634

V.

Virginia TRZEBIATOWSKI, Hanna Utter,

Derek Henning, Rachel Cotton,

Steven Bost, Jennifer Kilmer,

Ellyn Baker, Larissa Soquet Yonash,

Alan DeGroot, and Christopher Stevens

**Defendants.**

## *Amended* Declaration in Response to ~~Trzebiatowski's~~ *All Defendants* Summary Judgment

28 U.S.C.A. 56 Summary Judgment, 28 U.S.C. § 1746

Comes Hawkinson, here after Hawk, pro se, Hawk has been allowed to proceed on the eighth amendment violations as follows:

- The plaintiff's back and neck conditions, which allegedly cause him severe pain, amount to a serious medical need. See Gutierrez v. Peters, 111 F.3d 1364, 1373 (7th Cir. 1997); Arnett v Webster, 658 F.3d 742, (7th Cir. 2011). The plaintiff has alleged that defendants Trzebiatowski and Utter acted with deliberate indifference to that need because they denied him treatment for his conditions and pain and/or delayed that treatment. The plaintiff has alleged that defendants Henning, Cotton, Bost, Kilmer, Baker and Yonash acted with deliberate indifference because they allegedly knew about the plaintiff's painful condition but did not provide him with medical care. The court will allow the plaintiff to proceed on these claims. The court also will

allow the plaintiff to proceed against defendant DeGroot because DeGroot allegedly knew about the plaintiff's condition based on the plaintiff's administrative complaint but did not help him.

- The plaintiff seeks to proceed on an Eighth Amendment medical care claim against Stevens based on events that relate to the claims raised in his amended complaint and that took place after the events alleged in the amended complaint. The plaintiff's allegations that Stevens knew about the plaintiff's ongoing painful medical conditions and had the ability to help him but did not do so, state a claim under the Eighth Amendment. Allowing the supplement will not unduly delay this case because not all the defendants have been served. The court will grant the plaintiff's motion to file supplemental complaint and the pleading (Dkt. No. 25) will be considered part of the operative complaint.

Pursuant to 28 U.S.C. § 1746 I, David R. Hawkinson certify that this declaration is based on my personal knowledge with the defendants and the operations within the department of corrections. I am of sound mind and I am of legal age to write a declaration. Facts follow.

1. Trzebiatowski has lied within the writings by or through her Attorney.

2. Trzebiatowski was directly informed of the medical issue with my neck and back.

3. Trzebiatowski changed the prescription medicine Metoprolol. Exhibit    , page    ),

4. Trzebiatowski changed my Testosterone dose so that I receive an entire month's dose in one visit. (Exhibit 350 @

5. Trzebiatowski failed to follow testing such as PSA and bone density. (Exhibit    ).

6. Trzebiatowski has switched metoprolol for amlodipine saying that the metoprolol was the cause for the swelling in my legs (page    , Exhibit :

7. Hawk did not refuse metoprolol, No refusal slip exists for metoprolol. Exhibit

8. My medical ailments are obvious, Sgt. Reyes saw the need for medical care and ordered a Medical Emergency

9. Many other correctional staff tried to get me medical care.

10. Trzebiatowski, has sign my medical paperwork as an "Ordering Physician".

(Hawk Decl.)

23-CV-0634    drtsj    Page 2 of 16
Case 2:23-cv-00634-PP    Filed 07/22/25    Page 2 of 16    Document 136

11. Trzebiatowski delayed and denied access to a specialist that was qualified to provide my testosterone therapy when Trzebiatowski is not qualified.

12. Trzebiatowski states now that she is not a Physician nor a Physician's assistant.

13. Delaying and denying of medical care was done intentionally and has ensured a slow painful death for Hawk.

14. There is evidence that these tactics were intentionally deployed.

15. Hawk informed Trzebiatowski of symptoms related to heart failure. Trzebiatowski said, that I may not discuss these symptoms at that time. (Exhibit 6).

16. Trzebiatowski made it clear to me that she knew and understood that I was in pain

17. Trzebiatowski, made it obvious to hawk that she would continue to delay and deny Hawk treatment for his neck and back.

18. Trzebiatowski admits knowing that Hawk was in pain ((Hawk's neck and back) Exhibit

19. Common sense dictates that a failure to act would cause more pain and/or leave Hawk in unnecessary pain.

20. Trzebiatowski ignored Hawks painful condition 10 months. (Exhibit 1-6)

21. Trzebiatowski behaves like she knows nothing about Hawks painful condition. (Exhibit 1-6).

22. Trzebiatowski claims through her attorney that unless she is contacted directly she knows nothing. (Exhibit 1-6)

23. These Exhibits show her knowledge and show that treatment was ordered, and that making Hawk wait for 10 months is unreasonable.

24. Trzebiatowski was aware that Hawk repeatedly requested help with neck and back pain. (She knew this to be a preexisting condition and ignored it completely.).

25. Trzebiatowski admits that she conspired with other providers for Hawks care.

26. Trzebiatowski states that she reviewed Hawks "history".

27. Hermes Hawks previous "Provider" prescribed Diclofenac topical medication for application on his neck.

28. Hawk later found out the hard way that Diclofenac is not to be applied to the neck

29. Diclofenac's label states it may cause trouble breathing when applied to the neck.

30. Diclofenac's label states when combined with NSAIDS it may cause a heart attack.

31. Hermes prescribed naproxen which is a NSAID.

32. Hermes prescribed Ibuprophin which is a NSAID.

33. When Hawk wrote a complaint about this behavior the complaint was dismissed.

34. Hawk had a medical emergency caused by Diclofenac on his neck.

35. Diclofenac was discontinued.

36. Hawk was not given any alternative for pain control.

37. In the Exhibit 6 Trzebiatowski says that a patient can only address the ailment that she chooses from DOC-3035 request for medical care.

38. Trzebiatowski tells Hawk that he cannot speak of the symptoms, she has now been directly notified.

39. Trzebiatowski knew that Hawk was suffering in pain and Trzebiatowski ignored the specialist directions.

40. Trzebiatowski was contacted directly.

41. Trzebiatowski was not ignorant, and Trzebiatowski's actions were intentional.

42. Trzebiatowski admits that she thought that testosterone was causing heart problems. (Exhibit 364, on page 221 and 223).

43. Trzebiatowski is quoted here saying "I advised him that the first thing I would go to with his heart and I reminded him that I do not like that he is on testosterone.

44. Trzebiatowski changed Hawks testosterone to increase the potential of side effects. (This evidence is new.)

45. Trzebiatowski canceled Hawks endocrinology appointment.

46. Trzebiatowski has put her patient in jeopardy, by ignoring his existing medical treatment.

47. This creates a paper trail and makes it look as if Hawk is receiving care.

48. Canceling Hawks appointment with endocrinology conceals the violation from an outside source for correction.

49. Trzebiatowski knew that Hawk was having heart problems and she intentionally increased his chances of dying.

50. Hermes caused harm to hawk by prescribing medications that cause heart attacks. ✷

51. After the medical emergency for Hawks breathing, Hawk started having chest pains causing a second medical emergency.

52. The first medical emergency was Hawk was having a hard time breathing.

53. The second medical emergency was chest pains.

54. Now the medical staff have caused such anxiety and mistrust Hawk experiences medical symptoms daily, some from heart failure some from paranoia and anxiety.

55. Anxiety and Heart failure symptoms closely resemble each other.

56. Cervical radiculopathy and Heart failure symptoms also closely resemble each other.

57. It has become nearly impossible to tell the difference between an anxiety attack and heart attack which makes my sudden death even more likely than just having heart failure.

58. Hawk filed an inmate complaint about Hermes violations, this complaint was dismissed because once the violation was identified the violation was corrected according to the complaint officer.

59. Had this been the only time that HSU staff attempted to kill Hawk, then there would not be evidence or a pattern to show, now Trzebiatowski admits to violating Hawk in the same manor with different medication, after admitting that she conspired with other "providers".

60. In Trzebiatowski notes that she knew that the testosterone was causing problems, she increased the amount of the testosterone injection therefore increasing the high level of testosterone and then increasing the duration and effects of the low level of testosterone.

61. Trzebiatowski also lowered the overall dose of testosterone so that she could rebuff claims of intentionally attempting to harm Hawk, the ol "I did not raise his testosterone claim" when she lowered the overall dose she consolidated the months injection causing a 33% increase at the injection procedure.

62. This then causes a much lower level at the end of the month causing more pronounced side effects.

63. You cannot make a proper medical decision without all the facts, this is again common sense.
64. Trzebiatowski intentionally refused to hear the additional symptoms of heart failure.
65. Trzebiatowski now claims that she was not seeing Hawkinson for heart related symptoms.
66. Trzebiatowski intentionally changed a medicine that she claims is dangerous for the heart and made it more dangerous.
67. Trzebiatowski Removed medical treatment by letting treatments expire, or ordering that treatments be canceled or reduced. (Acetaminophen, Bio Freeze, TENS).
68. I did not understand why she allowing meds to laps or discontinue all together, Now I understand, letting the meds or the equipment expire, ~~but~~ The other defendants have provided me the answer, every time they allow a prescription to expire they can claim that they "ordered" a medication or treatment on such and such date and now it appears that they are not doggedly pursuing a treatment known not to work.
69. Unless I point this out it indeed looks as if a Hawk is not happy with his care, rather than showing the fact that the course of treatment is being doggedly pursued.
70. In addition they now have a larger ~~paper trail~~.
71. Trzebiatowski doggedly pursued treatments that she knew were ineffective and again attempted to conceal this fact.
72. Hawk wrote DOC-3035's to inform Trzebiatowski that Hawk's pain had increased.
73. Trzebiatowski coerced Hawk into silence.

74. Hawk experiences consequences for every infraction of every rule real or imagined. (See exhibit 366)

75. Trzebiatowski had the endocrinology appointment canceled.

76. Trzebiatowski misrepresents statements Hawk had made. ("I am sleeping all the time, I only get up for meals and the bathroom." Somehow sounds like "I am sleeping well".

77. I have submitted all the refusals slips provided by HSU from 2021 to 2024. (Ex. 350-447 through 457)

78. Hawk has tried to have staff members accompany him into appointments.

79. Security has their own policy they are not "witnesses", security circumvents being a witness by telling the patient requesting to be accompanied into an appointment that security can only accompany the patient if they are restrained.

80. Once the patient complies to be placed in cuffs, bystanders accuse the cuffed person of making threats.

81. Hawk has been written up for threatening staff twice.

82. Hawk did not threaten staff.

83. Hawk is not qualified to represent himself through the complicated filings needed in this case.

84. I have offered to settle this case.

85. Trzebiatowski did delay and deny care for Hawk.

86. Trzebiatowski claims that in her "professional" opinion, Testosterone treatment was responsible for the symptoms Hawk was experiencing. (Palpitations, Edema.)

87. Trzebiatowski increased the amount of testosterone that was being injected into Hawk at one setting. (200 v. 150)

88. Dr. Draughty corrected this as soon as he found out what Trzebiatowski had done.

89. Trzebiatowski concealed evidence, this shows her state of mind.

90. Trzebiatowski it failed to fill out her referral properly and Hawks appointments were delayed further.

91. After 20+ years' experience Trzebiatowski knows how to fill out referral paperwork.

92. I am not asking the court to judge Trzebiatowski for another person's duties.

93. I am not asking the court to judge Trzebiatowski for another person's actions

94. This Court shall Judge Trzebiatowski on Trzebiatowski's actions and Trzebiatowski's duties.

95. As a result of Trzebiatowski's intentional actions Hawk is dying a slow painful death that could have be ~~prevented~~ delayed

96. Trzebiatowski is ACTING ignorant of Hawk's serious medical diagnoses.

97. Trzebiatowski has conspired with other "providers".

98. Trzebiatowski hid the fact that she was intentionally harming Hawk.

99. Paperwork has been intentionally produced to make it look as if hawk was receiving proper care, Hawk has not received proper care. (Sukowaty Decl. @27-28)

100. Treatments that were ordered such as chiropractic visits, Traction, are not available at all in the GBCI. Ex 32

101. A back brace, nor a neck brace was issued to Hawk. 350-431 "Plan"

102. Hawks Knee Brace was confiscated by Green Bay staff without explanation, and no replacement was provided

103. There are two follow up appointments that were not kept, "3-4 weeks in clinic" was written in the aftercare paperwork from the off-site provider.

104. The other follow up that was not kept was on Feb. 17th of 2022, this was not kept and the defendants are trying to cover this up.

105. There was a nerve test ordered for my hands that was canceled. (EMG)

106. "Pain services" appointments were canceled last second this makes it look like Hawk is receiving care in fact this is just another delay.

107. HSU staff have charted that appointments were canceled because of a security problem, I was not part of that problem except for the fact that I was denied health care.

108. The defendants are claiming that I did not participate in physical therapy, we now know that during this time I was suffering from heart failure and was not able to do the exercises, nerve pain also prevented successful physical therapy.

109. I was made to prioritize my pain needs, this left me with hands that I could not even write with.

110. I was sent back to my cell while I was having a heart attack.

111. The defendants want to say that I was ok or didn't look as if I was in pain, keep in mind that I suffered two heart attacks.

112. I suffered tenosynovitis extremely painful.

113. I suffered Dequarvians syndrome. *De Quervains disease*

114. I was denied multiple treatments suggested by specialists.

115. The heaviest medication I was given was acetaminophen and this was reduced.

116. I was given several NSAIDS that worked intermittently but these were canceled.

117. I was allowed to use a TENS unit, this was allowed to expire, this worked on occasion, it did not work at all when I did not have an order.

118. The defendants want to point to I had an option for Ice, Ice made the pain worse.

119. I told the defendants that heat worked, when I was in OSCI and at GBCI, in Oshkosh, I had access to HOT water and it worked.

120. In Green Bay, hot water is a myth, and staff know this.

121. The treatments that actually worked were taken away or reduced to a point that I experienced unnecessary pain daily.

122. I was and I am in tormenting pain.

123. My second heart attack was caused by the stress of pain and denial of care. In addition to the lack of blood to the heart.

124. I was in unnecessary pain every time Trzebiatowski canceled, reduced, denied, or doggedly pursued treatments that did not work.

125. Asper cream, the "Lidocaine" medication provided as a topical never worked on the nerve pain HSU staff know this they have done his to many patients.

126. The capsasin crème caused more pain.

127. I was unable to use muscle rub because the smell caused nausea, and gave me headaches, I did not work anyways

128. Trzebiatowski, is aware that this course of treatment does not work, she has forced this minimal appearance of treatment on persons for years.

129. Trzebiatowski has faced multiple lawsuits for the violations against people that were unable to properly explain the violations against them, Exhibits Provided with this Declaration and attachments are Authentic.

130. I know some of the people personally, not only were they not able to explain what had happened, they didn't understand what was happening was wrong.

131. With No Experience and Limited Knowlege No Implied Fact Should be Considered Hawkinson Disputes the actions of these defendants and the sneaky tactics employed.

Pursuant to 28 U.S.C. § 1746 I verify Under Penalty of perjury that the forgoing is True and correct. Executed this 6th day of June, 2025

Respectfully Submitted,

*David R Hawkinson*

David R. Hawkinson

132. Trzebiatowski is My advanced care provider, Primary Care provider, Provider the only Provider she has Not been for me during her time is temporary Provider covering for Virginia Trebiotowski.

133 all Exhibits are ~~original~~ authentic documents Complete and Unchanged in Fact by Me.

134 Hawk did Not Refuse Metoprolol.

135 Hawk ~~Did Not~~ was not allowed to Receive extra Calories.

136. 2021 No Heart Damage

~~137. 2024 2 heart attacks, And Heart~~

137. @ 2024, Feb, Evidence of at Least 2 heart attacks and dying of Heart failure.

138. Prison is Over populated, Under Staffed, Under funded, Qualification Standards have Changed. Pollicies and Procedures have been used and abused to cut Costs.

139. Policies that staff are claiming are Not documented and they violate my constitutional Rights. (Ex. 350 @ 386 and 386A)

140. Exhibit 350 @ 386 and 386A are Health Services Request (HSR) I have Provide 2 copies and Highlighted the "Instructions" that the Defendants keep saying requires a discription or symptoms. Its Not a fact.

141. Staff are requiring their patients to list symptoms that are fluid and Subject to change and get worse.

140. A Health Service request is for Medical care. "Not Triage".

141. A piece of paper can not tell you how it feels.

142. Fake paper work does not reduce pain.

143. Physical therapy when having heart attacks is not helpful.

142. Dr. Rojas did reduce pain with duloxetine, this was prescribed for depression.

143. Adequate Care can not be provided if not Examined.

144. Pending appointments do not reduce Pain.

145. Waiting 4 months for an "Appointment" is a long time Especially when your in unrelenting pain.

146. I did not receive Emails during discovery that every Nurse claimed they would send to Trzebiatowski.

147. I did not receive a schedule of these appointments durring discovery.

148. The Department of corrections Staff are Delaying and Denying Medical Care.

149. No Letter from August 26, ~~2022~~ was received, If Such a letter Exsists Why didn't I get it with discovery.

150. Hawkinson was Not the Security Problem on 04/21/2022.

151. When Dr. Wilkins talked to me he told me about the Protocol he uses. Shot one, 30 days then another Shot. Then with the inflamation reduced they assess the Need for Surgery.

152. Dr. Green, the 3rd doctor I saw ordered a CT an injection and an EMg he was gonna decide which surgery would be approprait.

153. Green Bay Moved me, so they would be able to reestablish me with a different Doctor and Delay some More.

154. The definition of Triage is to delay.

155. ~~Futes I~~ When I was removed from Dr. Wheatly's Patient roster and put on Nurse Hermes roster My Health Went strait down Hill, Harrassment Started. Hermes ~~took~~ ordered my blood taken after being injected causing a false High reading.

156. Hermes perscribed An NSAID with Diclofinac. ~~This is a fatal Combination~~. This is a potentionally fatal combination.

157. There have been 3 unquestionable life threatening abuses by ACP's. Documentation provided.

158. I unquestionably followed instructions Given by Hermes. This Nearly cost Me My life.

159. 1st Hermes ~~Mess~~ Messed up my testosterone therapy

160. 2nd I wrote Hermes up.

161. 3rd Hermes wrote me up.

162. 4th Hermes tried to kill me.

163. I was Moved to Max.

164. Trzebiatowski started off where Hermes left off.

165. Trzebiatowski changed my testosterone therapy to cause heart attacks

166. I had at least 2 Heart attacks and Now I am dying.

167. While I was in Green Bay Staff allowed a dangerous medicine stop and this caused serious side effects ~~until I Paid for a New Exam~~.

168. Even after I told them it was a Problem they did Not fix it until I Paid for a "New Exam."

169. When an Emergency medical call was made to correct their "mistake" they charged me a copay. To Fix their "Mistake"

170. Received communication from HSU increased acetaminophen to 500mg 4X a day, but only 60 pills a month.

171. I have Never Abused medication since 2008 when I arrived In Prison.

172. Special Needs Committee is not a medical committee, Nor are they a provider and were Not appropriate to Order Medical Care.

173. Answering HSR with a promise of an appointment in the future does Not reduce pain or inflamation.

174. Baker and Larissa Yonash (covantes) Put my life at risk.

175. When the referral of the provider is denied the Provider Failed.

176. Utter's Declaration Contains a lot of Misleading and false information. at the Very least all Proposed finding of fact Based on Utters Declaration should be found in Favor of Hawk, She has Created a lot of Unecessary Work.

177. Utter Continues to put my life in danger.

178. Rather than add another 133 Exhibits I will Just Say Every HSR Hawk submitted he was to be evaluated. Instead Somebody on 3rd Shift gave a different reason to delay and therefore deny medical Care.

179. Thoracic Pain Untreated

180. New Evidence Pinched Nerve can Cause heart attack

181. I don't Know How to Explain "HELP" to an adult Health Care worker that does Not Understand the Word "Help" May be S.O.S. I honestly do not Know.

182. I Need Help with this case I am Sick and this is complicated.

183. Lying taints on investigators Reports,

184. The Complaint Process only delays Medical Care.

15 of 16

185. Warden Christopher Stevens threatened Me for asking for help with My Medical Needs because His Staff were Manipulating Paperwork (filing) and delaying and denying My Medical Care.

186. The Complaint System is designed to further delay and deny medical care and discourage people from demanding their rights.

187. Christopher Stevens completely ignored Hawk's pleas for Help and rubbed in his authority by expressing in writing this fact.

188. Christopher Stevens is NOT Stupid, last time I saw him he was Not Blind Nor deaf, Common Sense Says He is Not Speaking the truth.

189. Hawk does Not hold Christopher Stevens responsible for anybodies Deeds Except Christopher Stevens Deeds.

190. Continuing to delay is further evidence of the State of Mind. He believes he is untouchable. It is time for the Court to show Stevens that he is accountable for his actions.

191. Hanna Utter did delay My medical Care.

192. Alan Degroot did delay My medical Care.

193. Christopher Stevens did delay my medical care.

194. Jennifer Kilmer did Delay my Medical Care.

195. All Nurses delayed and denied medical care.

196. Virginia Trzebiatowski delayed and denied my medical care.

197. Virginia Trzebiatowski changed testosterone therapy and made it more dangerous than she already knew it was.

198. Christopher Stevens and His Minions are Not Qualified Nor do they possess adequate facilities to Provide a Safe envierment for Myself Nor any other prisoner.

199. All Defendants have participated in Violating Hawkinson. The first step is Nurses, the last Step is the Warden.

200. Hannah Utter and Virginia Trzebiatowski are the biggest Liars and deceivers I have Ever Met. That is Saying a lot considering where I am at!

Pursuant to 28 U.S.C.A § 1746 I verify Under Penalty of Perjury that the foregoing is True and Correct. Executed this 11 day of June 2025.

David R. Hawkinson