\* Modified \*

2/6/24, 6:37 AM                    Hawkinson, David Ray (MR#55606238) Printed by KILMER, JENNIFER [117410]

Hawkinson, David Ray (MRN 55606238) DOB: 10/04/1974 Encounter Date: 02/04/2024

- Lacosamide 100 mg Oral 2 times daily
- Lactase 9000 units 1 tablet Oral 3 times daily with meals
- Lidocaine 4 % Topical As needed
- Lisinopril 2.5 mg Oral BID
- Metoprolol Succinate 12.5 mg Oral Daily
- predniSONE 10-30 mg Oral Daily, 3 tablets (30 mg) daily on 2/4 through 2/7
  2 tablets (20 mg) daily on 2/7 through 2/9
  1 tablet (10 mg) daily on 2/9 through 2/10
- Saline 0.65 % 2 sprays Each Nostril As needed
- Testosterone Cypionate 100 mg Intramuscular Every 14 days
- Witch Hazel 50 % 1 Pad Apply externally 2 times daily PRN

## Pharmacy Benefits
No pharmacy benefits on file.

Hawkinson, David Ray (MRN 55606238) Printed by Jennifer Kilmer [117410] at 2/6/2024 6:37 AM

n/a

DOC - 0455

* Modified *

Hawkinson, David Ray (MRN 55606238) DOB: 10/04/1974 Encounter Date: 02/04/2024

# Hawkinson, David Ray

MRN: 55606238



**Ndidiamaka C Agu, MD**
Physician
Hospitalist

Progress Notes ⚠ 🖂
Signed

Date of Service: 02/05/24 0807
Creation Time: 02/05/24 0807

SYMPTOMS:
Patient seen today

Follow up visit for CAD s/p cardiac cath
Background h/o seizure D/o

C/o; no new complaints

Temp:  [98.4 °F (36.9 °C)-98.8 °F (37.1 °C)] 98.4 °F (36.9 °C)
Pulse:  [41-99] 80
Resp:  [17-29] 19
BP: (113-164)/(68-83) 132/71

## Recent Labs

| Lab | 02/04/24 0748 | 02/05/24 0628 |
|-----|---------------|---------------|
| WBC | 8.92 | 11.42* |
| HGB | 15.5 | 16.3 |
| HCT | 45.7 | 48.4 |
| PLT | 170 | 172 |

## Recent Labs

| Lab | 02/04/24 0748 | 02/05/24 0628 |
|-----|---------------|---------------|
| NA | 141 | 138 |
| K | 3.9 | 4.0 |
| CL | 107 | 109 |
| CO2 | 27.0 | 24.0 |
| AGAP | 7.0 | 5.0 |
| BUN | 17 | 17 |
| CR | 1.13 | 1.12 |
| BUNCREATININ | 15.0 | 15.2 |
| GLU | 94 | 84 |
| CA | 8.9 | 8.8 |

OBJECTIVE:
Lying in bed, in no acute distress
HEENT: Not pale , anicteric
CNS: alert and oriented x4

n/a

DOC - 0456
350-216

Hawkinson, David Ray (MRN 55606238) DOB: 10/04/1974 Encounter Date: 02/04/2024

ASSESSMENT:
1. CAD with severe abnormal stress test: POA
- s/p cardiac cath
2. Leucocytosis - reactive
3. H/o seizure disorder
4. H/o tobacco abuse
5. H/o HTN
6. H/o anxiety and depression
7. H/o OSA - on CPAP
8. H/o Lactose intolerance
9. H/o Cervical radiculopathy

PLAN:
1. S/p LHC 2/4
- totally occluded LAD but before the occlusion, there is a large diagonal that has a lesion in the proximal segment, severe LV dysfunction with hypokinetic apex and anterior wall with mild hypokinesis, overall ejection fraction approximately 35 to 40%.
- Continue medical mgt with plans for outpatient viability test
2. Continue supportive cares
3. Dispo: Per Dr Gala

Thank you for allowing hospitalist service participate in the care of David Hawkinson

NDIDIAMAKA CECILIA AGU, MD
Electronically signed by Ndidiamaka C Agu, MD at 02/05/24 1453

### Note Details

| | | | |
|---|---|---|---|
| Author | Ndidiamaka C Agu, MD | File Time | 02/05/24 1453 |
| Author Type | Physician | Status | Signed |
| Last Editor | Ndidiamaka C Agu, MD | Service | Hospitalist |
| Hospital Acct # | 48880551 | Admit Date | 2/4/2024 |

ED to Hosp-Admission (Discharged) on 2/4/2024          *Note shared with patient*

# David Ray Hawkinson

2/4/2024  7:23 AM   ED to Hosp-Admission

Description: 49 year old male  Location: HSHS ST VINCENT HOSPITAL

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| SVG 7 MEDICAL | 835 S Van Buren St Green Bay WI 54307 | 920-433-8363 | 920-431-3249 |

### Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| ST VINCENT HOSPITAL GREEN BAY | 835 S Van Buren St Green Bay WI 54301-3526 | 920-433-0111 | 920-431-3248 |

### Facility Information

n/a

DOC - 0457
217

* Modified *

Hawkinson, David Ray (MRN 55606238) DOB: 10/04/1974 Encounter Date: 02/04/2024

| Name | Address | Phone |
|------|---------|-------|
| HSHS EWD | PO Box 13508 | 433-0111 |
| | Green Bay WI 54307-3508 | |

## Pinnacle

No SmartForms are associated with this note.

# Results

(Order )

## Additional

| Details | Routing |
|---------|---------|

### Care Timeline

02/04  Admitted from ED (Observation) 1443
       Admitted 1510
02/05  Discharged 1600

Hawkinson, David Ray (MRN 55606238) Printed by Jennifer Kilmer [117410] at 2/6/2024 6:39 AM

n/a

---

## *Medical Imaging*

| | |
|---|---|
| Document Type: | XR Spine Lumbosacral 2 or 3 Views |
| Service Date/Time: | 2/24/2023 12:55 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | LUMBAR SPINE AP AND LAT |
| Sign Information: | |

**LUMBAR SPINE AP AND LAT**
LUMBAR SPINE AP and LAT FINDINGS: No acute loss of vertebral body height of significance. The osseous structures appear intact. Intervertebral disc spaces are narrowed. Soft tissues are unremarkable. CONCLUSION: No acute fracture. Consider MRI if symptoms are chronic or continue to persist. ELECTRONICALLY SIGNED BY NICOLAUS J. KUEHN, M.D. 2/24/2023 2:41:12 PM CST.

| | |
|---|---|
| Document Type: | XR Spine Thoracic 2 Views |
| Service Date/Time: | 2/24/2023 12:45 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | THORACIC SPINE AP AND LAT |
| Sign Information: | |

**THORACIC SPINE AP AND LAT**
THORACIC SPINE AP and LAT FINDINGS: No loss of vertebral body height. The osseous structures appear intact. Intervertebral disc spaces are preserved. Soft tissues are unremarkable. CONCLUSION: No acute osseous abnormality. If symptoms continue to persist, progress, or remain of clinical concern, recommend CT or MRI based on correlating history for further workup. ELECTRONICALLY SIGNED BY NICOLAUS J. KUEHN, M.D. 2/24/2023 2:51:24 PM CST.

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035C (Rev. 8/2022)

WISCONSIN

# MEDICATION / MEDICAL SUPPLY REFILL REQUEST

| PATIENT NAME (Last, First) | DOC # | FACILITY | HOUSING UNIT | CELL # | REQUEST DATE |
|---|---|---|---|---|---|
| Hawkinson, David R. | 277089 | GBCI | Dorm | 63 | 7-13-2023 |

**INSTRUCTIONS:** Use this form to request refills of medications or medical supplies. Do **NOT** use a Health Services Request (HSR) or any other form. Use 1 of the 6 boxes below for each item being requested. Print the name of the medication/medical supply on the line provided in the box. Place completed form in the designated collection location. Do NOT separate this form or keep one of the copies. Upon receipt of this form, HSU staff will check one of the small boxes below the name of the item being requested and give you the copy of this form.

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| Fiber | Citirazine |
| ↓ **TO BE COMPLETED BY HSU ONLY** ↓ | ↓ **TO BE COMPLETED BY HSU ONLY** ↓ |
| ☒ Issued. | ☒ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ↓ **TO BE COMPLETED BY HSU ONLY** ↓ | ↓ **TO BE COMPLETED BY HSU ONLY** ↓ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| Name of Medication/Medical Supply: | Name of Medication/Medical Supply: |
|---|---|
| | |
| ↓ **TO BE COMPLETED BY HSU ONLY** ↓ | ↓ **TO BE COMPLETED BY HSU ONLY** ↓ |
| ☐ Issued. | ☐ Issued. |
| ☐ Ordered; will issue when received. | ☐ Ordered; will issue when received. |
| ☐ Order has expired, forwarded to Prescriber for renewal. | ☐ Order has expired, forwarded to Prescriber for renewal. |
| ☐ Can't be refilled. | ☐ Can't be refilled. |
| ☐ Requested too soon. Re-submit after: _____ | ☐ Requested too soon. Re-submit after: _____ |

| DATE RECEIVED | HSU STAFF SIGNATURE | DATE RETURNED TO PATIENT |
|---|---|---|
| | PB LPN | 7/13/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder

Patient: **HAWKINSON, DAVID R**          MRN/DOC#: 000277089          DOB: 10/4/1974
Location: Oshkosh Correctional Institution     Admission Date: 10/7/2008     Discharge:
Medical Records From:                          to 7/10/2025 15:45 CDT        Gender: Male

---

### *Correspondence*

Document Type:                 Patient Letter
Service Date/Time:             6/13/2025 09:49 CDT
Result Status:                 Auth (Verified)
Document Subject:
Sign Information:


HAWKINSON, DAVID R
DOC# 000277089

June 13, 2025


DAVID HAWKINSON

OSCI - P

### DIRECTIONS FOR MEDICATIONS


You have a medication change
    The medication is: Acetaminophen 500mg
    Start Date: 06/16/2025
    You should take this medication: take one tablet up to four times daily as needed
        *Limit 60 tablets per month*
    The medication is for: Pain
    Your medication is kept on your person


**Contact HSU if you have questions after reviewing the attached Medication information**


Thank you.



L. Touray, LPN



Health Services Unit Staff


---

Report Request ID:   8513500                     Print Date/Time:   7/10/2025 15:45 CDT

*Ex. 350-518*

*acetaminophen before g 1 month limit*



# WISCONSIN DEPARTMENT OF CORRECTIONS
## Governor Tony Evers / Secretary Jared Hoy

### Oshkosh Correctional Institution

Hawkinson, David R - 277089
UNIT: _P-S1 - P094_L
Oshkosh Correctional Institution
P.O. BOX 3530
Oshkosh, WI 54903-3530

07/10/2025
DAI-2025-100673

This is in response to your correspondence received in the Warden's Office on June 30, 2025 in regard to your medical care.

Health Services Unit continues to prioritize all offsite medical trips. If you are continuing to have medical needs, you shall communicate those needs with the HSU Staff via a Health Services Request.

Sincerely,

Brian J Cahak
Warden

CC: Pelky, Kelly A, NURSING SUPERVISOR, OSCI
Borgen, William J, NURSING SUPERVISOR, OSCI
File #277089

1730 West Snell Road, Oshkosh, WI, 54901 - (920) 231-4010

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 2/2025)

**HEALTH SERVICE REQUEST**
**SOLICITUD PARA CUIDADOS DE SALUD**

WISCONSIN
Administrative Code
Chapter DOC 316

⇨ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇦
⇨ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇦

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David  R. | 277089 |
| FACILITY NAME / NOMBRE DEL ESTABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
| OSCI | P-Bldg | 7-15-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

☒ HEALTH SERVICES / SERVICIOS DE SALUD    ☒ HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD
☐ COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)
☐ PSYCHIATRIST / PSIQUIATRA    ☒ INFORMATION / INFORMACIÓN:
☐ OTHER: / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.

Please send Me the Information from Dr. Greene
of the Green Bay Neuro Clinic About My last appointment
there.

DATE RECEIVED:
TO BE STAMPED BY HSU
FECHA DE RECIBIDO:
PARA SER SELLADO POR HSU
RECEIVED
JUL 16 2025
OSCI - HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
**PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA – PARA SER COMPLETADO SOLO POR HSU**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
RESPUESTA DE HSU Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

☐ Nursing Sick Call / Llamada por enfermedad    ☐ Today / Hoy Día    ☐ Date: / Fecha:
☐ Scheduled to be seen in HSU / Programado para ser visto en HSU    ☐ ACP    ☐ RN/LPN    ☐ Optical / Óptico
☐ Special Needs Evaluation / Evaluación por Necesidades Especiales    Other / Otro:
☒ Refer HSR to / Refiera HSR a:    ☐ ACP    ☐ HSU Manager / Gerente de HSU    ☐ Psychiatrist / Psiquiatra    ☒ MPAA    ☐ Optical / Óptico
☐ Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud
☐ Refer for copies only: / Refiera solo para copias:    ☐ Other / Otro:
☐ Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

COMMENT / INFORMATION / COMENTARIOS / INFORMACIÓN:

Faxed Records Request to Prevea. GQ 7/16/25 Records arrived. Must be reviewed by
provider before release. GQ 7/17/25

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| C. Castello, RN | 07/16/2025 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder, Copy – PIOC

## Progress Notes

RN called and spoke with the pt who identified himself via his DOC #. RN explained that he is to not have anything to eat or drink after midnight tonight because he has labs tomorrow. The pt versed his understand of and agreement to this poc.

*Electronically Signed on 01/02/25 08:08 PM*

*McNeel, Rebecca  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 12/2/2024 14:31 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Report |
| Sign Information: | Clay,Odessa L (12/2/2024 14:37 CST) |

Writer presented to SCH to administer NC medications for AM med pass.  Writer presented to patient's assigned cell. Patient appeared to be very disoriented and appeared to be flushed.  Writer asked patient if he was feeling well.  Patient verbalized that he was extremely dizzy, not feeling well, and that his lower extremities were extremely cold.  Patient stated that he has been feeling this way "most of the time".  Writer instructed patient to contact HSU with questions or concerns. Patient also advised that RN staff would be given an update.  Patient verbalized understanding and agreeable with plan of care.  Writer presented to nurse's station and passed on what the patient reported due to extensive cardiac history.  Writer also updated Health Services Manager.

*Electronically Signed on 12/02/24 02:37 PM*

*Clay, Odessa*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 11/23/2024 09:06 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Phone Call |
| Sign Information: | Potapenko,RN,Amy L (11/23/2024 09:08 CST) |

PC received from SGT Crochiere in the SCH; patient fell and hit his head on the hook in his room. Writer inquired if patient was bleeding and if the patient needed to be responded to in the cell hall. Sgt stated that the patient cleaned up his head but she could see there was a cut. Writer asked that the patient be sent to HSU to be assessed. Charge RN informed of situation.

*Electronically Signed on 11/23/24 09:08 AM*

*Potapenko, Amy  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 11/21/2024 16:28 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Injection |
| Sign Information: | Jones,RN,Soan (11/21/2024 16:29 CST) |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 2/2025)

# HEALTH SERVICE REQUEST
## SOLICITUD PARA CUIDADOS DE SALUD

**WISCONSIN**
Administrative Code
Chapter DOC 316

⇨ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇦
⇨ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇦

PRINT LAST NAME / IMPRIMA APELLIDO: Hawkinson

PRINT FIRST NAME / IMPRIMA NOMBRE: David L.

DOC NUMBER / NÚMERO DE DOC.: 27108

FACILITY NAME / NOMBRE DEL ESTABLECIMIENTO: OSCI

HOUSING UNIT / UNIDAD DE VIVIENDA: P-B6

TODAY'S DATE / FECHA DE HOY: 6-20-25

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

☐ HEALTH SERVICES / SERVICIOS DE SALUD   ☐ HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD

☐ COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)

☐ PSYCHIATRIST / PSIQUIATRA   ☒ INFORMATION / INFORMACIÓN:

☐ OTHER / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
**Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.**

What are the Results of the Blood Work
that the Rheumatologist did?

DATE RECEIVED:
TO BE STAMPED BY HSU
FECHA DE RECIBIDO:
PARA SER SELLADO POR HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
**DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
**PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA – PARA SER COMPLETADO SOLO POR HSU**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
**RESPUESTA DE HSU** Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

☐ Nursing Sick Call / Llamada por enfermedad: ☐ Today / Hoy Día ☐ Date / Fecha:

☐ Scheduled to be seen in HSU / Programado para ser visto en HSU ☐ ACP ☐ RN/LPN ☐ Optical / Óptico

☐ Special Needs Evaluation / Evaluación por Necesidades Especiales   Other / Otro:

☐ Refer HSR to / Refiera HSR a: ☐ ACP ☐ HSU Manager / Gerente de HSU ☐ Psychiatrist / Psiquiatra ☐ MPAA ☐ Optical / Óptico

☐ Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud.

☐ Refer for copies only: / Refiera solo para copias: ☐ Other / Otro:

☐ Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

COMMENT / INFORMATION / COMENTARIOS / INFORMACIÓN

The follow options are available to obtain results:
1) Discuss results with provider at upcoming appointment
2) Request copies
3) Request a chart review

PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO: **Michael Milner** RN HSU OSCI

DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU: 6/20/25

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Copy – PIOC



Ex. 350-522

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 10/2023)

# HEALTH SERVICE REQUEST
## SOLICITUD PARA CUIDADOS DE SALUD

Administ...
Chapter L...

⇒ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇐
⇒ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇐

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David B. | 277089 |

| FACILITY NAME / NOMBRE DEL ESTABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
|---|---|---|
| OSCI | P 31 | 6-20-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

- [ ] HEALTH SERVICES / SERVICIOS DE SALUD
- [ ] HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD
- [ ] COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)
- [ ] PSYCHIATRIST / PSIQUIATRA
- [x] INFORMATION / INFORMACIÓN:
- [ ] OTHER: / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
**Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.**

I have been told that My Status does No Reflect my Medical Status as far as Physical Ability and this may cause some Problems for Me.

| DATE RECEIVED: TO BE STAMPED BY HSU FECHA DE RECIBIDO: PARA SER SELLADO POR HSU |
|---|

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
**DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
**PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA – PARA SER COMPLETADO SOLO POR HSU**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
**RESPUESTA DE HSU** Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

- [ ] Nursing Sick Call / Llamada por enfermedad:   [ ] Today / Hoy Día   [ ] Date: / Fecha:
- [x] Scheduled to be seen in HSU / Programado para ser visto en HSU   [x] ACP   [ ] RN/LPN   [ ] Optical / Óptico
- [ ] Special Needs Evaluation / Evaluación por Necesidades Especiales   Other / Otro:
- [ ] Refer HSR to / Refiera HSR a:   [ ] ACP   [ ] HSU Manager / Gerente de HSU   [ ] Psychiatrist / Psiquiatra   [ ] MPAA   [ ] Optical / Óptico
- [ ] Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud
- [ ] Refer for copies only: / Refiera solo para copias:   [ ] Other / Otro:
- [ ] Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

**COMMENT / INFORMATION / COMENTARIOS / INFORMACIÓN**

Please discuss this with provider at upcoming appointment

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| Michael Milner RN HSU OSCI | 6/20/25 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Copy – PIOC

Ex. 350-523

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 2/2025)

**HEALTH SERVICE REQUEST**
SOLICITUD PARA CUIDADOS DE SALUD

**WISCONSIN**
Administrative Code
Chapter DOC 316

⇨ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇦
⇨ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇦

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David S. | 271089 |

| FACILITY NAME / NOMBRE DEL ESTABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
|---|---|---|
| OSCI | P50 | 6-20-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

☐ HEALTH SERVICES / SERVICIOS DE SALUD ☐ HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD
☐ COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)
☐ PSYCHIATRIST / PSIQUIATRA ☒ INFORMATION / INFORMACIÓN:
☐ OTHER / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
**Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.**

Has an Appointment been Made for a
Cervical EST? Has an Appointment been
Made for my Surgery Cleared for my Cervical
Spine? Who is the MPA or MPAA?

| | DATE RECEIVED: TO BE STAMPED BY HSU FECHA DE RECIBIDO: PARA SER SELLADO POR HSU |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
**DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY
PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA - PARA SER COMPLETADO SOLO POR HSU

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
**RESPUESTA DE HSU** Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

☐ Nursing Sick Call / Llamada por enfermedad: ☐ Today / Hoy Día ☐ Date: / Fecha:
☐ Scheduled to be seen in HSU / Programado para ser visto en HSU ☐ ACP ☐ RN/LPN ☐ Optical / Óptico
☐ Special Needs Evaluation / Evaluación por Necesidades Especiales Other / Otro:
☐ Refer HSR to / Refiera HSR a: ☐ ACP ☐ HSU Manager / Gerente de HSU ☐ Psychiatrist / Psiquiatra ☐ MPAA ☐ Optical / Óptico
☐ Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud
☐ Refer for copies only: / Refiera solo para copias: ☐ Other / Otro:
☐ Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

COMMENT / INFORMATION / COMENTARIOS / INFORMACIÓN

Order are in place, will be scheduled as soon as possible
You can do chart review to obtain names

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| **Michael Milner RN HSU OSCI** | 6/20/25 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Order Copy in PIOC

350-524

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 2/2025)

# HEALTH SERVICE REQUEST
## SOLICITUD PARA CUIDADOS DE SALUD

**WISCONSIN**
Administrative Code
Chapter DOC 316

---

⇨ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇦
⇨ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇦

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David R. | 277087 |

| FACILITY NAME / NOMBRE DEL ETABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
|---|---|---|
| OSCI | P Bld | 7-15-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

- [x] HEALTH SERVICES / SERVICIOS DE SALUD
- [ ] HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD
- [ ] COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)
- [ ] PSYCHIATRIST / PSIQUIATRA
- [ ] INFORMATION / INFORMACIÓN:
- [ ] OTHER: / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.

Dr. Greene, "Recommended" a CT, an EMG and another ESI. What is the Status of this Doctors Recommendation's. I am in Unecessary Pain.

| DATE RECEIVED:<br>TO BE STAMPED BY HSU<br>FECHA DE RECIBIDO:<br>PARA SER SELLADO POR HSU |
|---|

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA – PARA SER COMPLETADO SOLO POR HSU

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
RESPUESTA DE HSU Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

- [ ] Nursing Sick Call / Llamada por enfermedad:   [ ] Today / Hoy Día   [ ] Date: / Fecha:
- [ ] Scheduled to be seen in HSU / Programado para ser visto en HSU   [ ] ACP   [ ] RN/LPN   [ ] Optical / Óptico
- [ ] Special Needs Evaluation / Evaluación por Necesidades Especiales   Other / Otro:
- [ ] Refer HSR to / Refiera HSR a:   [ ] ACP   [ ] HSU Manager / Gerente de HSU   [ ] Psychiatrist / Psiquiatra   [ ] MPAA   [ ] Optical / Óptico
- [ ] Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud
- [ ] Refer for copies only: / Refiera solo para copias:   [ ] Other / Otro:
- [ ] Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

**COMMENT / INFORMATION /** COMENTARIOS / INFORMACIÓN

You have an upcoming off site appointment.

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| C. West ... RN | 07/16/2025 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Copy – PIOC


350-525

# HEALTH SERVICE REQUEST
## SOLICITUD PARA CUIDADOS DE SALUD

**⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦**
**⇨ NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA ⇦**

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David R. | 277089 |

| FACILITY NAME / NOMBRE DEL ETABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
|---|---|---|
| OSCI | P-Bld | 7-13-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

- ☐ HEALTH SERVICES / SERVICIOS DE SALUD
- ☐ HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD
- ☐ COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)
- ☐ PSYCHIATRIST / PSIQUIATRA
- ☒ INFORMATION / INFORMACIÓN:
- ☐ OTHER: / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
**Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.**

Will I be receiving the braces for my hands
that were ordered by the Doctor in the Emegency Room?

| DATE RECEIVED:
TO BE STAMPED BY HSU
FECHA DE RECIBIDO:
PARA SER SELLADO POR HSU |
|---|
| RECEIVED
JUL 14 2025
OSCI - HSU |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
**DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE -- TO BE COMPLETED BY HSU ONLY**
**PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA -- PARA SER COMPLETADO SOLO POR HSU**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
**RESPUESTA DE HSU** Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

- ☐ Nursing Sick Call / Llamada por enfermedad: ☐ Today / Hoy Día ☐ Date: / Fecha:
- ☐ Scheduled to be seen in HSU / Programado para ser visto en HSU ☐ ACP ☐ RN/LPN ☐ Optical / Óptico
- ☐ Special Needs Evaluation / Evaluación por Necesidades Especiales Other / Otro:
- ☐ Refer HSR to / Refiera HSR a: ☐ ACP ☐ HSU Manager / Gerente de HSU ☐ Psychiatrist / Psiquiatra ☐ MPAA ☐ Optical / Óptico
- ☐ Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud
- ☐ Refer for copies only: / Refiera solo para copias: ☐ Other / Otro:
- ☐ Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

**COMMENT / INFORMATION** / COMENTARIOS / INFORMACIÓN

No orders or recommendations from ER

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| Coleman RN | 7/14/25 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Copy – PIOC

350-526

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
Bureau of Health Services
DOC-3035 (Rev. 2/2025)

# HEALTH SERVICE REQUEST
## SOLICITUD PARA CUIDADOS DE SALUD

**WISCONSIN**
Administrative Code
Chapter DOC 316

⇨ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⇦
⇨ **NOTIFIQUE A EMPLEADOS DEL ESTABLECIMIENTO SI SU NECESIDAD DE ATENCIÓN MÉDICA ES UNA EMERGENCIA** ⇦

| PRINT LAST NAME / IMPRIMA APELLIDO | PRINT FIRST NAME / IMPRIMA NOMBRE | DOC NUMBER / NÚMERO DE DOC |
|---|---|---|
| Hawkinson | David R. | 277089 |

| FACILITY NAME / NOMBRE DEL ESTABLECIMIENTO | HOUSING UNIT / UNIDAD DE VIVIENDA | TODAY'S DATE / FECHA DE HOY |
|---|---|---|
| OSCI | P-Bld | 7-13-2025 |

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place the completed form in the Health Service Request Box. The HSU will send a copy back to you indicating that your request has been received.

Asegúrese de incluir la fecha de hoy en la parte superior del formulario. Marque la casilla apropiada a continuación, y explique su solicitud en las líneas proporcionadas. Coloque el formulario completado en el Buzón de Solicitudes de Servicios de Salud. HSU le devolverá una copia indicando que su solicitud ha sido recibida.

☐ HEALTH SERVICES / SERVICIOS DE SALUD ☐ HEALTH CARE RECORD REVIEW / REVISIÓN DE EXPEDIENTE DE SALUD

☐ COPIES FROM HEALTH CARE RECORD (List records below) / COPIAS DE EXPEDIENTE DE SALUD (Enumere expedientes a continuación)

☐ PSYCHIATRIST / PSIQUIATRA ☑ INFORMATION / INFORMACIÓN:

☐ OTHER: / OTRO:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**
Por favor, proporcione una breve descripción de los servicios que desea a continuación para que HSU pueda responder a su solicitud apropiadamente.

What is going on with my Appointments?
Are you going to Continue to delay My Surgery?

DATE RECEIVED:
TO BE STAMPED BY HSU
FECHA DE RECIBIDO:
PARA SER SELLADO POR HSU

RECEIVED
JUL 14 2025
OSCI - HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
DOBLE LA PARTE DE ABAJO DEL FORMULARIO HASTA LA LÍNEA PUNTADA PARA QUE LA INFORMACIÓN PERMANEZCA CONFIDENCIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
PACIENTE: NO ESCRIBA DEBAJO DE ESTA LÍNEA – PARA SER COMPLETADO SOLO POR HSU

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.
RESPUESTA DE HSU Marque la casilla apropiada a continuación. Si es necesario agregue comentarios/información escrita.

☐ Nursing Sick Call / Llamada por enfermedad: ☐ Today / Hoy Día ☐ Date: / Fecha:

☐ Scheduled to be seen in HSU / Programado para ser visto en HSU ☐ ACP ☐ RN/LPN ☐ Optical / Óptico

☐ Special Needs Evaluation / Evaluación por Necesidades Especiales Other / Otro:

☐ Refer HSR to / Refiera HSR a: ☐ ACP ☐ HSU Manager / Gerente de HSU ☐ Psychiatrist / Psiquiatra ☐ MPAA ☐ Optical / Óptico

☐ Refer for Health Care Record review appointment. / Refiera para una cita de revisión de expediente de salud.

☐ Refer for copies only: / Refiera solo para copias: ☐ Other / Otro:

☐ Educational material attached (Specify): / Materiales educativos adjuntados (Especifique):

**COMMENT / INFORMATION /** COMENTARIOS / INFORMACIÓN

No Surgical appts ordered

| PRINT STAFF NAME / IMPRIMA NOMBRE DE EMPLEADO | DATE OF HSU RESPONSE / FECHA DE RESPUESTA DE HSU |
|---|---|
| L Sorensen RN | 7/14/25 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Copy – PIOC


350-527

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DAVID R. HAWKINSON,

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　Case No. 23-CV-0634

HANNAH UTTER,
DEREK HENNING,
JENNIFER KILMER,
ELLYN BAKER,
ALAN DEGROOT,
STEVEN BOST,
LARISSA SOQUET YONASH,
RACHEL COTTON,
VIRGINIA TRZBIATOWSKI,
CHRISTOPHER STEVENS,

　　　　Defendants.

## DEFENDANT ALAN DEGROOT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

Defendant Alan DeGroot, by his attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Bradley P. Soldon and Kevin L. Grzebielski, responds to Plaintiff's First Requests for Admission, as follows:

1.　　Please admit or deny, you knew that Hawkinson was in pain.

**RESPONSE: DENIES.**

2.　　Please admit or deny, Hawkinson was at risk of permanent nerve damage.

EX-360-1

**RESPONSE: DENIES. Defendant Degroot is not a trained medical professional.**

3.    Please admit or deny, Hawkinson was at risk of death because of nerve damage.

**RESPONSE: DENIES. Defendant Degroot is not a trained medical professional.**

4.    Please admit or deny, that you are responsible for the punishment of prisoners for the crimes that they are in prison for.

**RESPONSE: DENIES.**

5.    Please admit or deny, Nurses that answer DOC-3035 health services request are to review the patient's record and make accommodations for proper routing for treatment.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation because Defendant Degroot does not know the requirement of the RN and therefore, DENIES.**

6.    Please admit or deny, that you are not qualified to investigate medical care.

**RESPONSE: ADMITS Defendant Degroot is not a trained medical professional. DENIES that Defendant Degroot is not qualified to investigate medical care. Per DOC 310, Defendant Degroot is qualified and allowed to investigate.**

2

7.    Please admit or deny, you knew that David Hawkinson's medical care was being delayed and denied.

**RESPONSE: DENIES. Defendant Degroot relies on the information provided by Health Services Manager Baier based upon her years of experience and continuous education in the medical field, not on the opinion of an inmate.**

8.    Please admit or deny, you did not make sure that David Hawkinson received medical care for his back and neck.

**RESPONSE: DENIES that Defendant Degroot is a trained medical professional. ADMIT that as an Institution Complaint Examiner, Defendant Degroot relied on the information provided by Health Services Manager Baier.**

9.    Please admit or deny, you were aware that David r. Hawkinson had a serious medical condition that caused him severe pain.

**RESPONSE: DENIES.**

10.    Please admit or deny, you chose to disregard Hawkinson's pain and allow Virginia to work within the circular system that is being employed within the department of corrections.

**RESPONSE:    DENIES.    Defendant Degroot is not a medical professional.**

11.    Please admit or deny, you are not impartial.

**RESPONSE: DENIES.**

12. Please admit or deny, that you have the responsibility to stop denial and delaying of medical care.

**RESPONSE: DENIES. Defendant Degroot is not a medical professional and is not a supervisor.**

13. Please admit or deny that when you investigate medical complaints you rely on information from the people committing the violations.

**RESPONSE: ADMITS Defendant Degroot consults with Health Service Manager Baier for medical complaint. DENIES that they are committing violations.**

14. Please admit or deny, that you knew or should have known that Hawkinson's neck and back were in pain.

**RESPONSE: DENIES.**

15. Please admit or deny, that you knew or should have known that Hawkinson's hands were in severe pain.

**RESPONSE: DENIES.**

16. Please admit or deny, that you investigated claims of delayed medical care in complaint GBCI-2023-257.

**RESPONSE: ADMIT, Defendant Degroot consulted with Health Services Manager Baier on GBCI-2023-257.**

17. Please admit or deny, that you investigated claims of delayed medical care in complaint GBCI-2023-9773.

**RESPONSE: DENIES.** Institution Complaint Examiner Paul investigated complaint GBCI-2023-9773.

18. Please admit or deny, that you investigated claims of delayed medical care in complaint GBCI-2024-2859.

**RESPONSE: ADMITS, in consultation with Health Services Manager Baier.**

19. Please admit or deny, that you investigated claims of delayed medical care in the complaint number GBCI-2024-2860.

**RESPONSE: ADMITS, in consultation with Health Services Manager Baier.**

20. Please admit or deny, Hawkinson would not have had to go through the pain if you had checked his medical file as your superior did.

**RESPONSE: DENIES.**

21. Please admit or deny, Hawkinson has been issued proper fitting shoes.

**RESPONSE: Upon reasonable inquiry, Defendant Degroot lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional.**

22. Please admit or deny, that Hawkinson was placed on a Duloxetine for pain related depression.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation**

5

because Defendant Degroot is not a medical professional and does not know what medication Plaintiff takes or why he takes them and therefore, **DENIES.**

23.    Please admit or deny, Every individual that works for the state of Wisconsin as a "caretaker" has the responsibility for the health and safety of the people that they "care" for.

**RESPONSE:  Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation because Defendant Degroot is not aware of anyone in a caretaker role and therefore, DENIES.**

24.    Please admit or deny, when you watch someone being injured and do nothing you are more guilty for the injury than the person that injured the victim.

**RESPONSE: DENIES.**

25.    Please admit or deny, Copayments in the department of corrections have been weaponized to dissuade inmates from asking for medical treatment.

**RESPONSE: DENIES.**

26.    Please admit or deny, Medical copayments are being overcharged.

**RESPONSE: DENIES.**

27.    Please admit or deny, the inmate complaint system within the department of corrections is frivolous, it provides no relief for the people to make it through it.

**RESPONSE: DENIES.**

6

28.   Please admit or deny, the circular system that is in use in the department of corrections is a widespread policy to slow down medical care.

**RESPONSE: Upon reasonable inquiry, Defendant Degroot does not know what a "circular system" policy is within the Department of Corrections and therefore, DENIES.**

29.   Please admit or deny, Doctor Daughtery ordered a nerve test for Hawkinson's hands.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

30.   Please admit or deny, the nerve test that was ordered for Hawkinsons hands was put on a list for months.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

31.   Please admit or deny, the nerve test for Hawkinson's hands was canceled.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation**

EX-360-97

and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

32. Please admit or deny, "Pain Services" was told about the pain, tingling, and numbness in Hawkinson's hands.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

33. Please admit or deny, that because you should have investigated inmate complaint GBCI-2023-257 you knew or should have known Hawkinson was in pain.

**RESPONSE: DENIES. Defendant Degroot relies on the information provided by Health Services Manager Baier based upon her years of experience and continuous education in the medical field, not on the opinion of an inmate.**

34. Please admit or deny, Hawkinson never gave informed consent for his acetaminophen to be reduced.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

35. Please admit or deny, Hawkinson never gave informed consent for his Naproxen to be reduced.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

36. Please admit or deny, you have participated in abuse of policy and procedures by continuously relying on statements of people who are being investigated.

**RESPONSE: DENIES.**

37. Please admit or deny, the special needs committee is designed to attempt to provide a legal excuse for denying patients medical care.

**RESPONSE: DENIES.**

38. Please admit or deny, there is no reason to deny needed medical treatment.

**RESPONSE: DENIES. It is up to the Advanced Care Provider or other medical professionals to determine whether certain treatments are in a patient's best interest.**

39. Please admit or deny, If medical treatment or medical devices are needed security needs to find a way to accommodate those needs.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. More information would be needed because it depends on the device or treatment and the inmate's housing unit.

9

40.    Please admit or deny, Hawkinson asked for someone to monitor his blood pressure medicine.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

41.    Please admit or deny, Hawkinson reported on several occasions, that he was weak, lightheaded, and experienced periods of sweating without reason.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.**

42.    Please admit or deny, Virginia trzebiatowski denied me help with chest pain.

**RESPONSE: Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES.**

43.    Please admit or deny, Virginia trzebiatowski threatened to remove medications Hawkinson was receiving, namely testosterone, acetaminophen, and naproxen without additional help.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES.

44. Please admit or deny, Dr. Gala is the Cardiologist treating Hawkinson.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

45. Please admit or deny, Dr. Gala Sent paperwork to the prison that stated Hawkinson was to receive a Viability study on his heart in 14 days.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

46. Please admit or deny, that Hawkinson did not receive this viability study.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

47. Please admit or deny, as of 3-24-2024 Hawkinson has not had a "Viability Study" or an MRI of his heart.

Ex. 360-11

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

48. Please admit or deny that Hawkinson as of 3-24-2024 Hawkinson has not had Heart Surgery to correct the blockage discovered 2-4-24.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES. Defendant Degroot is not a medical professional in the Health Services Unit.

49. Please admit or deny, Security are aware of Hawkinson's Heart condition.

**RESPONSE:** Upon reasonable inquiry, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and therefore, DENIES.

Dated: May 30, 2024

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

*s/Bradley P. Soldon*
BRADLEY P. SOLDON
Assistant Attorney General
State Bar #1115763

KEVIN L. GRZEBIELSKI
Assistant Attorney General

# OSHKOSH CORRECTIONAL INSTITUTION

### E-FILING COVER SHEET

**A SEPARATE COVER SHEET MUST BE COMPLETED FOR EACH COURT CASE**

Inmate Name: _David R Hawkinson_ DOC#: _277089_ Unit: _PP_ Number of Pages: _28_

Court Case Name: _Hawkinson V. Trzebiatowski_

Court Case #: _23-CV-634_

Select One: ☒ Eastern District ☐ Western District

Checklist: ☒ Single-Sided ☒ No Staples ☐ Not Torn / Folded / Damaged

Inmate Signature: _David R Hawkinson_ Date: _7-21-2025_

# STAFF USE ONLY BELOW THIS LINE

|  | DATE | TIME | INITIALS |
|---|---|---|---|
| E-FILE RECEIVED: | 7-21-25 | 1:30pm | AP |
| SCANNED TO PDF: | 7-21-25 | 3:30pm | AP |
| EMAILED TO COURT: |  |  |  |
| PRINTED NEF: |  |  |  |
| RETURNED E-FILE: |  |  |  |

Staff Signature: _____ Date: _____

Revised 03/29/2024
OSCI Librarian