7

# OSHKOSH CORRECTIONAL INSTITUTION

E-FILING COVER SHEET

A SEPARATE COVER SHEET MUST BE COMPLETED FOR EACH COURT CASE

Inmate Name: David R. Hawkinson    DOC#: 277089    Unit: P    Number of Pages: 16

Court Case Name: Hawkinson v Trzebiatowski

Court Case #: 23-CV-634

Select One:  ☒ Eastern District    ☐ Western District

Checklist:    ☒ Single-Sided    ☒ No Staples    ☐ Not Torn / Folded / Damaged

Inmate Signature: David R. Hawkinson    Date: 7-21-25

## STAFF USE ONLY BELOW THIS LINE

|  | DATE | TIME | INITIALS |
|---|---|---|---|
| E-FILE RECEIVED: | 7-21-25 | 2pm | AP |
| SCANNED TO PDF: | 7-21-25 | 4pm | AP |
| EMAILED TO COURT: |  |  |  |
| PRINTED NEF: |  |  |  |
| RETURNED E-FILE: |  |  |  |

Staff Signature: _____    Date: _____

Revised 03/29/2024
OSCI Librarian