United States District Court,
Eastern District of Wisconsin

David R. Hawkinson
'Plaintiff

23-CV-0634

Virginia Trzebiatowski, Hannah Utter, Christopher
Stevens, Alen DeGroot, Jennifer Kilmer, Larissa Soquet Yonash (Cervantes)
Derek Henning, Rachel Cotton, ELLYN Baker, Steven Bost

# Declaration of (for) Evidence

I, David R. Hawkinson, declare pursuant to 28. U.S.C. §1746 and under penalty of perjury, that the following is true and correct.

1. I make this declaration based on my personal knowledge and my review of records kept in the custody of Health Services Unit of the Wisconsin Department of Corrections. (DOC)

2. All the documents I have provided are Authentic Communications I received from Discovery, Personal Communications With the DOC Departments. or records from other Official "business" with the DOC.

3. I have not Changed Content or signatures. Some review markings and Location markings were made.

4. Chain of custody That I have is: the DOC, My Self and Now the court.

5. It is my Prayer that the Court receive this Evidence and Enter it to the Record.

Pursuant to 28 U.S.C. § 1746. I verify under penalty of perjury that the statements in the fore going declaration are true and correct
Executed April 14, 2025    Respectfully Submitted.    David R. Hawkinson

David R. Hawkinson