UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DAVID R. HAWKINSON,**

        **PLAINTIFF,**

V.          **CASE NO. 23-CV-634**

**VIRGINIA TRZEBIATOWSKI, ET AL.,**

        **DEFENDANTS.**

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** February 23, 2026

**Time Commenced:** 9:30 a.m.      **Time Concluded:** 10:45 a.m.

| **Appearances:** | **Plaintiff:** | David Hawkinson, Plaintiff<br>Attorney Drew DeVinney, counsel for Plaintiff |
|---|---|---|
| | **Defendant:** | Assistant Attorney General Pauline Toulouse, counsel for State Defendants<br>Attorney Brian D. Anderson, counsel for Defendant Virginia Trzebiatowski<br>Kim Hume, Insurance Representative |

**Comments:** Mediation held on February 23, 2026. Mediation did not result in resolution of the Plaintiff's claims. The case is returned to the Honorable Chief District Judge Pamela Pepper for further processing. The case is no longer referred.